ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 22 2006
U.S. COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| HAMILTON SUNDSTRAND POWER SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-874 C<br><br>Judge ______ |

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Appendix C, ¶ III of the Rules of the Court of Federal Claims ("RCFC"), plaintiff Hamilton Sundstrand Power Systems ("HSPS") hereby moves the Court for leave to file under seal the following documents submitted contemporaneously with this motion:

1. Complaint for Injunctive, Declaratory, and Monetary Relief; and
2. Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction.

These documents contain confidential, proprietary information, and/or competition-sensitive information of HSPS and potentially other bidders relating to Request for Proposal No. FA8518-05-R-75369, the procurement that is the subject of this action. HSPS has filed a Motion for a Protective Order that would establish procedures for the protection of confidential, proprietary, and competition-sensitive information.

In accordance with RCFC App. C, ¶ III.4, confidential, proprietary, or competition-sensitive information contained in the documents has been marked by

lightly shading the protected text. HSPS has also filed proposed redacted versions of the documents suitable for public release.

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
Michael D. Newman
(Of Counsel)
(Application for Admission to Court of Federal Claims pending)
Brian M. Russ
(Of Counsel)
(Application for Admission to Court of Federal Claims pending)

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
(202) 624-2500 Phone
(202) 628-5116 Facsimile

December 22, 2006

Attorneys for Hamilton Sundstrand Power Systems

IR3726341 (Cam No. 089257.3714)