ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
DEC 22 2006
U.S. COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| HAMILTON SUNDSTRAND POWER SYSTEMS, Plaintiff, | ) |
| v. | ) No. 06-874 C |
| UNITED STATES OF AMERICA, Defendant. | ) Judge ______ |

**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Rules of the Court of Federal Claims ("RCFC"), plaintiff Hamilton Sundstrand Power Systems ("HSPS") requests a preliminary injunction enjoining the United States, and each and all of its officers, agents, servants, employees, and attorneys, and all those persons acting in concert or participation with any of them, and in particular Contracting Officer Patricia L. Farrell, from allowing any further performance by Science & Engineering Services, Inc. under Contract No. FA8533-06-D-0007 during the pendency of the Court's adjudication of this matter.[1]

---

1 In accordance with RCFC Appendix C, ¶ V.11, copies of the Complaint and Motion for Preliminary Injunction (proposed redacted versions only) have been sent via overnight delivery service to contract awardee Science & Engineering Services, Inc.

As discussed in greater detail in the Memorandum of Points and Authorities filed concurrently with this Motion, a preliminary injunction should be issued because (1) HSPS has a reasonable likelihood of prevailing on the merits of its protest that the Air Force arbitrarily and unlawfully eliminated HSPS from the competitive range under Request for Proposal No. FA8518-05-R-75369, (2) HSPS has no adequate remedy at law and injunctive relief is necessary to avoid irreparable injury that HSPS would otherwise incur, (3) the threatened injury to HSPS outweighs any harm that injunctive relief might cause to the Air Force or to SESI, and (4) granting injunctive relief is in the public interest.

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
Michael D. Newman
(Of Counsel)
(Application for Admission to Court of Federal Claims pending)
Brian M. Russ
(Of Counsel)
(Application for Admission to Court of Federal Claims pending)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
(202) 624-2500 Phone
(202) 628-5116 Facsimile

December 22, 2006

Attorneys for Hamilton Sundstrand Power Systems

IR3726463