ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 22 2006
U.S. COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| HAMILTON SUNDSTRAND POWER SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-874 C<br><br>Judge ____________ |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Appendix C, ¶ VI of the Rules of the Court of Federal Claims ("RCFC"), plaintiff Hamilton Sundstrand Power Systems ("HSPS") hereby moves the Court for issuance of a protective order in this case. Confidential, proprietary, and competition-sensitive information of HSPS and potentially other offerors appears in HSPS's Complaint for Injunctive, Declaratory, and Monetary Relief, and in its Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, both of which have been filed under seal contemporaneously with this motion. In accordance with RCFC App. C, ¶ III.4, confidential, proprietary, or competition-sensitive information contained in the documents has been marked by lightly shading the protected text. HSPS has also filed proposed redacted versions of the documents suitable for public release.

Future filings in this matter also are likely to contain confidential, proprietary, and competition-sensitive information of HSPS and potentially other bidders relating to Request for Proposal No. FA8518-05-R-75369, the procurement

that is the subject of this action. Accordingly, HSPS requests that the Court issue a protective order substantively identical or similar to the sample order in the RCFC Appendix of Forms, Form 8.

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
Michael D. Newman
(Of Counsel)
(Application for Admission to Court of Federal Claims pending)
Brian M. Russ
(Of Counsel)
(Application for Admission to Court of Federal Claims pending)

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
(202) 624-2500 Phone
(202) 628-5116 Facsimile

December 22, 2006

Attorneys for Hamilton Sundstrand Power Systems

IR3726348 (Cam No. 089257.3714)