ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

BID PROTEST

FILED
DEC 22 2006
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HAMILTON SUNDSTRAND POWER SYSTEMS, Plaintiff, | ) |
| v. | ) No. 06-874 C |
| UNITED STATES OF AMERICA, Defendant. | ) Judge |

**CORPORATE DISCLOSURE STATEMENT OF**
**PLAINTIFF HAMILTON SUNDSTRAND POWER SYSTEMS**

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Plaintiff Hamilton Sundstrand Power Systems ("HSPS") states that it is a business unit of Hamilton Sundstrand Corporation, which is a wholly-owned subsidiary of United Technologies Corporation, a publicly-held corporation.

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
Michael D. Newman
(Of Counsel)
(Application for Admission to Court of Federal Claims pending)
Brian M. Russ
(Of Counsel)
(Application for Admission to Court of Federal Claims pending)

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
(202) 624-2500 Phone
(202) 628-5116 Facsimile

Attorneys for Hamilton Sundstrand Power Systems

December 22, 2006

IR3726351 (Cam No. 089257.3714)