MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

1.

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NUMBER: FD2060-05-75369
Page 1

2. CONTRACT NO.:
3. AWARD/EFFECTIVE DATE:
4. ORDER NUMBER:
5. SOLICITATION NUMBER: FA8518-05-R-75369 REV 1
6. SOLICITATION ISSUE DATE: 14 Oct 05

7. FOR SOLICITATION INFORMATION CALL
a. NAME: Nicole Furlough
b. TELEPHONE NUMBER (No collect calls): (478 ) 222 -1947
8. OFFER DUE DATE/LOCAL TIME: 30 Nov 05, 4:00 PM EST

9. ISSUED BY — CODE FA8533
542 SEVSG/GBZO-PKBB
380 Richard Ray Blvd Suite 104
ROBINS AFB GA 31098-1638
BUYER: Nicole Furlough
Nicole.Furlough@robins.af.mil
Phone: (478) 222-1947 Fax: (478) 222-1854 No Collect Calls

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: 100 % FOR
[ ] SMALL BUSINESS ONLY
[ ] HUBZONE SMALL BUS
[ ]
NAICS CODE: 336413
SIZE STD: 1,000

11. DELIVERY FOR FOB DEST. UNLESS BLOCK IS MARKED
[X] SEE SCHEDULE

12. DISCOUNT TERMS

[X] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING: DO: A1

14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO — CODE
**SEE LINE ITEM SCHEDULE**

16. ADMINISTERED BY — CODE
SCD:B

17a. CONTRACTOR/OFFEROR — CODE — FACILITY CODE

18a. PAYMENT WILL BE MADE BY — CODE
EFT:T

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

[X] 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED. SEE ELECTRONIC SUBMISSION OF PAYMENT REQUESTS, CLAUSE 252.232-7003.

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|

**Subject to the terms and conditions stated herein, the Contractor agrees to hold its offered prices firm for 120 days.**

WARRANTY ITEM

This acquisition will utilize Technically Acceptable Risk/Performance/Price Tradeoff (TA-RPPT) best value procedures. See "Instructions to Offerors Proposal Requirements" and "Evaluation Basis for Award" provisions for information on proposal preparation and how the Government will evaluate proposals in order to make a best value award decision.

The resulting contract may include FMS requirements.

SEE LINE ITEM SCHEDULE
*(Attach Additional Sheets as Necessary)*

Total

25. ACCOUNTING AND APPROPRIATION DATA: **SEE FUNDS SCHEDULE**

26. AWARD AMOUNT (For Gov't use only): $

[X] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED.

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED.

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REF. OFFER DATED --. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*

30b. NAME AND TITLE OF SIGNER (Type or print)
30c. DATE SIGNED
31b. NAME OF CONTRACTING OFFICER (Type or print)
31c. DATE SIGNED: --

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE LINE ITEM SCHEDULE (Attach Additional Sheets as Necessary) | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: ______

| 32b. SIGNATURE OF AUTHORIZED GOV'T REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 4/2002) BACK
COMPUTER GENERATED 6/4/2006, 8:16:51 AM

## SCHEDULE OF SUPPLIES/SERVICES AND PRICES/COSTS

This RFP will result in a requirements-type contract as defined in FAR 16.5. The mechanics of this contract-type will involve the issuance of separate delivery orders specifying the Contract Line Item Number(s) (CLINs) identified in the applicable contract period. The Government may issue one, four, ten, or even more delivery orders in any given contract period. Each delivery order will identify the CLIN, quantity, contract unit price, ship to addresses, etc. The Best Estimated Quantities (BEQs) identified in each contract period represent the Government's best educated estimate of the amount of workload to be generated within the period. The BEQs do not represent a minimum or a maximum quantity. Failure of the Government to order the BEQ quantity will not entitle the contractor to an equitable adjustment in price under the contract.

**BASIC CONTRACT PERIOD** (The prices in the Basic Contract Period shall be in effect from the effective date of the contract through 24 months.) Specific dates shall be established upon award of the contract.

0001 LASS EA $_______
NSN: 2835-01-525-5157QS
Large Aircraft Start System IAW Purchase Description PD04WRLEEG21, dated 6 Oct 2005, And Statement of Work for LASS, dated 5 May 2005
*First* Production Units
PR NR: *
PR LI: *
ACRN: *
FOB: Origin
Point of Quality Assurance/Inspection Site: Origin
Acceptance Site: Origin
**BEQ: 2**

0002 DATA (ELINs A001 – A004)
IAW DD Form 1423s Attached Hereto
In Support of CLIN 0001, First Production Units
PR NR: *
PR LI: *
ACRN: *
FOB: Destination
PQA/Insp Site: IAW DD Form 1423
Acceptance Site: IAW DD Form 1423

| | | | | |
|---|---|---|---|---|
| 0002AA | ELIN A001, Test Scheduling Report | 1 | LO | $_______ |
| 0002AB | ELIN A002, Test/Inspection Report | 1 | LO | $_______ |
| 0002AC | ELIN A003, Production Sample Test Plan | 1 | LO | $_______ |
| 0002AD | ELIN A004, Production Test Report | 1 | LO | $_______ |

0003 DATA (ELINs B001 – B006)
IAW DD 1423s Attached Hereto
PR NR: *
PR LI: *
ACRN: *
FOB: See DD 1423
Point of Quality Assurance/Inspection Site: IAW DD Form 1423
Acceptance Site: IAW DD Form 1423

| | | | | |
|---|---|---|---|---|
| 0003AA | ELIN B001, Conference Agenda | 1 | LO | $NSP |
| 0003AB | ELIN B002, Conference Minutes | 1 | LO | $NSP |
| 0003AC | ELIN B003, Contractor's Progress, Status & Mgmt | 1 | LO | $NSP |

| | | | | |
|---|---|---|---|---|
| 0003AD | ELIN B004, PDR/CDR Design Review Package | 1 | LO | $NSP |
| 0003AE | ELIN B005, PDR/CDR Conference Agenda | 1 | LO | $NSP |
| 0003AF | ELIN B006, PDR/CDR Conference Minutes | 1 | LO | $NSP |
| 0004 | DATA (ELINs C001 – C006)<br>IAW DD 1423s Attached Hereto<br>PR NR: *<br>PR LI: *<br>ACRN: *<br>FOB: See DD 1423<br>Point of Quality Assurance/Inspection Site: IAW DD Form 1423<br>Acceptance Site: IAW DD Form 1423 | | | |
| 0004AA | ELIN C001<br>Technical Manual Contract Requirements (TMCR)<br>**Set of Review Manuals (Set is comprised of 3 manuals)** | 1 | SE | $________ |
| 0004AB | ELIN C001<br>Technical Manual Contract Requirements (TMCR)<br>**Pack Up Manual**<br>(One Pack Up Manual shall be included with each LASS ordered under this contract.) | 1 | LO | $NSP |
| 0004AC | ELIN C002, Instructional Media Package<br>(This charge is for the development of the Instructional Media only. A copy of the media shall be provided With each LASS ordered under this contract.) | 1 | LO | $________ |
| 0004AD | ELIN C003, Product Drawings and Associated Lists | 1 | LO | $________ |
| 0004AE | ELIN C004, Product Base Line Index | 1 | LO | $NSP |
| 0004AF | ELIN C005, Request for Nomenclature | 1 | LO | $NSP |
| 0004AG | ELIN C006, Configuration Audit Summary Report | 1 | LO | $NSP |
| 0005 | Data for LASS - Provisioning<br>Technical Documentation (PTD) IAW Exhibit D<br>PTD including supplemental data for provisioning (SDFP) in accordance with Exhibit D hereto and Initial Provisioning. Performance Specification Revision Date 1 July 2004 Attached hereto.<br>PR No: *<br>PR Line Item: *<br>ACRN: *<br>Quality Assurance: Inspection IAW DD1423<br>Required Delivery: IAW DD1423 | | | |
| 0005AA | ELIN D001<br>Logistics Management Information Data Products | 1 | LO | $________ |
| 0005AB | ELIN D002<br>Supplemental Data for Provisioning (SDFP) | 1 | LO | $________ |
| 0005AC | ELIN D003<br>Logistics Management Information (LMI) Summaries | 1 | LO | $________ |
| 0006 | Spare Repair Parts in support of Items X001<br>PR No: *<br>PR Line Item: * | | | |

the significant components identified and give a description of the operation and safety controls and how the air flow system design/operation complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21.

Part (c): Mobility

The proposal shall include a detailed narrative description of how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21. The proposal shall include a flow diagram with controls and significant components identified, and a description of operational and safety controls.

**4. Volume III – Present and Past Performance**

A. The offeror shall submit present and past Performance Information for itself in accordance with the format contained in the "FACTS Sheet" (See RFP Attachment 1) and the following paragraphs. The Government will not evaluate past and present performance of subcontractors in this RFP.

B. The requested present and past performance information shall be provided in a separate section labeled, "Volume III - Present and Past Performance Information." Offerors shall complete a separate "FACTS Sheet" for each active or completed contract (with preferably at least one year of performance history) in the past three (3) years, that the offeror considers relevant in demonstrating its ability to perform the proposed effort. If the total number of such contracts exceeds four (4), the offeror shall address its four (4) most relevant contracts. For all submittals, the performance on efforts identified shall be restricted to those completed or ongoing during the past three (3) years from the issuance date of this RFP. The offeror's present and past performance information may include data on efforts performed by other divisions or corporate management, if such resources will be used and significantly influence the performance of the proposed effort. Contracts listed may include those with the Federal Government, state and local Governments or their agencies, and commercial customers. Offerors that are newly formed entities without prior contracts or that do not possess relevant corporate past performance should submit FACTS Sheets for four (4) of their most recent/relevant contracts demonstrating the present and past performance for each of their key personnel. Include relevant information concerning the offeror's compliance with FAR 52.219-8, Utilization of Small Business Concerns and/or FAR 52.219-9, Small Business Subcontracting Plan, if these Clauses are or were contained in any of the four contract efforts identified in Section II, Performance Information, of the offeror's proposal. If they were not contained in these 4 contracts, submit this information on two additional contracts which contained these clauses.

Pursuant to the requirements of FAR provision 52.219-24, each offeror must provide with its offer, targets, expressed as dollars and percentages of total contract value, for SDB participation in performance of this resultant contract, in any of the North American Industry Classification System (NAICS) Industry Subsectors as determined by the Department of Commerce. NAICS codes and titles are posted at: http://www.census.gov/epcd/naics02/naicod02.htm. The targets may provide for participation by a prime contractor, joint venture partner, teaming arrangement member, or subcontractor; however, the targets for subcontractors must be listed separately.

C. The offeror shall focus its FACTS Sheet responses so that they clearly correlate present and past performance with the requirements of this RFP. The FACTS Sheet submitted by the offeror must clearly describe the relevance of the effort to the work proposed by that entity. The offeror shall provide the most current information for the Points of Contact (POCs) identified on the FACTS Sheets.

D. Offerors shall include one additional page (8 1/2 X 11 page) in spreadsheet format, that identifies all contracts that the offeror is performing or has performed in the past three (3) years. If the listing(s) of said contracts exceeds two (2) pages per entity, only the most recent contracts ongoing/completed shall be listed. The purpose of the spreadsheet is to capture the total scope of work (whether the offeror deems the work relevant or not to this instant RFP) that the offeror has ongoing or completed in the past three (3) years. The Government may obtain and use performance information on any or none of these programs. The spreadsheet(s) shall include (as a minimum) current information as follows:

**Contract Number**

letter(s) for each commercial contract shall be included in the offeror's Present/Past Performance submission for the Government's use in case additional questionnaires need to be sent by the Government.

H. A Present/Past Performance Questionnaire Tracking Record, (See RFP Attachment 3), or equivalent form(s), containing the same information, shall be maintained by the offeror, documenting all exchanges between and follow-ups made to each of the POCs identified in the FACTS Sheets. All Present/Past Performance Questionnaire Tracking Records shall be submitted with the offeror's Present/Past Performance Volume. This exchange/contact between the offeror and its POCs shall cease upon submission of the offeror's proposal to the Government in response to this RFP.

I. RFP Attachments 1, 3, and 5 must include the following legend at the top and bottom of the page:

SOURCE SELECTION INFORMATION - See FAR 3.104
FOR OFFICIAL USE ONLY

Attachments 2 and 4 do not require the legend as the forms are internal documents between the offeror and its customers.

**EVALUATION BASIS FOR AWARD**

1. This acquisition will utilize the Technically Acceptable-Risk/Performance/Price Tradeoff (TA-RPPT) source selection procedure to make an integrated assessment for a best value award decision. A decision on the technical acceptability of each offeror's proposal will be made. For those offerors who are determined to be technically acceptable, tradeoffs will be made between proposal risk, past and present performance and price. Proposal risk and past and present performance are of equal importance, and when combined, are considered significantly more important than price. While the Government will strive for maximum objectivity, the tradeoff process, by its nature, is subjective; therefore, professional judgment is implicit throughout the selection process. The Government intends to make an award without discussions. Discussions, if necessary, will be conducted in accordance with FAR 15.306. Award will be made to the one responsible offeror whose proposal conforms to all solicitation requirements, such as terms and conditions, representations and certifications, technical requirements, and also provides the best value to the Government based on the results of the evaluation described in paragraph (2) below.

2. The TA-RPPT evaluation process will be accomplished as follows:

A. Technical Acceptability. Each offeror's technical proposal will be evaluated to determine if the offeror provides a sound, compliant approach that meets all the requirements of PD04WRLEEG21 and also demonstrates a thorough knowledge and understanding of those requirements and their associated risks. The evaluation of each offeror's technical capability will be based on an analysis of the following technical subfactor:

**SUBFACTOR 1: LARGE AIRCRAFT START SYSTEM**

Part (a): Enclosure Design

The standard for this part of Subfactor 1 is met when the offeror demonstrates a sound and feasible methodology of how the proposed configuration complies with the requirements of paragraph 3.3 and section 3.4 and all the subsections of these sections of PD04WRLEEG21, and the configuration demonstration includes an acceptable narrative description of the chassis design and elevation layouts with major components identified.

Part (b): Air Flow System Design/Operation

The standard for this Part (b) of Subfactor 1 is met when the offeror demonstrates in acceptable and detailed methodology how the proposed configuration complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21. A technically acceptable proposal for Part (b) includes an acceptable flow diagram, with the significant components identified, and a comprehensive and accurate description of operational and safety controls.

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

2.

**REDACTED**

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

3.

REDACTED

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

REDACTED

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

REDACTED

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

REDACTED

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

**REDACTED**

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

**REDACTED**

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

REDACTED

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

DIRECTORATE OF SUPPORT EQUIPMENT AND VEHICLE MANAGEMENT

PURCHASE DESCRIPTION

LARGE AIRCRAFT START SYSTEM

## Section 1 Scope

### 1.1 Scope

The LASS is a four-wheeled, towable vehicle consisting of an enclosure assembly, fuel system, electrical system, lubrication system, frame and running gear and air delivery system. The compressor is intended to be used in furnishing pneumatic power for ground support of aircraft systems. Its primary mission is to start engines for a variety of aircraft. Throughout this Purchase Description, the term front refers to the tow bar end of the cart, with the rear being the pintle assembly end. The right and left sides are determined by standing at the rear of the cart and facing toward the front. All units shall have identical configuration.

## Section 2 Applicable Documents

### 2.1 General Paragraph

The documents listed in this section are specified in sections 3 and 4 of this specification. This section does not include documents in other sections of this specification. While every effort has been made to ensure the completeness of this list, document users are cautioned that they must meet all specified requirements documents cited in sections 3 and 4 of this specification, whether or not they are listed in this section.

### 2.2 Government Documents

2.2.1 Specifications, standards, and handbook. The following specifications, standards, and handbooks form a part of this document to the extent specified herein. Unless otherwise specified, the issues of these documents are those listed in the issue of the Department of Defense Index of Specifications and Standards (DoDISS) and supplement thereto.

**Standards**

**Federal**
FED-STD-595B, 12/15/1989 - Color used in Government Procurement

**Department of Defense**

| | |
|---|---|
| MIL-STD-882D, 02/10/2000 | - Standard Practice for System Safety |
| MIL-STD-810F, 05/05/2003 Chg Notice 3 | - Environmental Engineering Considerations and Laboratory Tests |
| MIL-STD-461E, 08/20/1999 | - Requirements for the Control of Electromagnetic Interference Characteristics of Subsystems |
| MIL-STD-2073-1D, 05/10/2002 Change Notice 1 | - Standard Practice for Military Packaging |
| MIL-STD-38784, 11/15/2000 Change Notice 1 | - Standard Practice for Technical Manuals General Styles and Format Requirements |
| MIL-STD-130L, 12/20/2004 Change Notice 1 | - Identification Marking of U.S. Military Property |

**Handbooks**

| | |
|---|---|
| MIL-HDBK-808, 07/18/1996 | - Finish, Protective and Codes for Finishing Schemes for Ground and Ground Support Equipment |
| MIL-HDBK-235-1B, 05/01/1993 | - Electromagnetic (Radiated) Environment Considerations for Design and Procurement of Electrical and Electronic Equipment, Subsystems and Systems. |
| MIL-HDBK-454A, 11/03/2000 | - General Guidelines for Electronic Equipment |
| MIL-HDBK-781A, 04/01/1996 | - Handbook for Reliability Test Methods, Plans, and Environments for Engineering, Development Qualification, and Production |
| MIL-HDBK-1784, 04/01/1996 | - Mobility, Towed and Manually Propelled Support Equipment |
| MIL-HDBK-1791, 02/14/1997 | - Designing for Aerial Delivery in Fixed Wing Aircraft |

**Specifications**

| | |
|---|---|
| MIL-PRF-10924G, 09/24/1998 | - Grease, Automotive and Artillery |
| MIL-L-2104H, 07/12/2004 | - Lubrication Oil, Internal Combustion Engine, Combat/Tactical Service |
| MIL-L-7808L, 05/02/1997 | - Lubricating Oil, Aircraft Turbine Engine, Synthetic Base |
| MIL-L-23699F, 05/21/1997 | - Lubricating Oil, Aircraft Turbine Engine, Synthetic Base, Nato Code Number O-156 |
| MIL-PRF-85285D, 06/28/2002 | - Coating: Polyurethane, Aircraft and Support Equipment |
| MIL-PRF-85582D, 05/09/2002 | - Primer Coatings: Epoxy, Waterborne |
| MIL-PRF-23377H, 04/30/2002 | – Primer Coatings: Epoxy, High-Solids |
| MIL-DTL-22706G, 08/28/2000 | - Duct and Scuff Cover, Pneumatic, Flexible |

2.2.2 Other publications

**Society of Automotive Engineers (SAE)**

| | |
|---|---|
| AS8090, 08/01/1997 | - Equipment Aerospace Ground Mobility (Type I Class II) |
| J/ISO 3411, 02/01/2003 | - Earth-moving machinery Human physical dimensions of operators and minimum operator space envelope |

**American Society of Mechanical Engineers**

| | |
|---|---|
| ANSI/ASME B133.7M, 01/01/1985 | - Gas Turbine Fuels |

**American Welding Society, Inc. (AWS)**

| | |
|---|---|
| D1.1, 01/01/2004 | - Structural Welding Code, Steel |
| D1.2, 01/01/2003 | - Structural Welding Code, Aluminum |
| D1.3, 01/01/1998 | - Structural Welding Code, Sheet Steel |

2.2.3 Government Documents

| | |
|---|---|
| AFOSH STD 48-8 | - Controlling Exposures to Hazardous Materials |
| DEPRD | - Diesel Engine Performance Requirements Documents |
| NACA Report 1235 | - Standard Atmosphere – Tables and Data for Altitudes 65,800 feet |
| Drawing 88-20525 | - Battery Requirements (Cage: 30554) |
| EPA-17 | - Environmental Protection Agency List 17 |

2.3 Order of Precedence

In the event of a conflict between the text of this document and the references cited herein, the text of this document takes precedence. Nothing in this document, however, supersedes applicable laws (environmental, federal, etc.) and regulation unless a specific exemption has been obtained.

# Section 3 Requirements

3.1 Preproduction Unit Testing. A Preproduction Unit test must be performed at the contractor's facility, or at other facilities acceptable to the government. Any changes made to one preproduction unit due to deficiencies found during the preproduction test that are determined to impact operation will be made to the other unit. The contractor shall perform production acceptance tests/inspections per paragraph 4.8, 4.9, and 4.10 on the unit to be user tested before shipping to site and the tests/inspections of these sections on the unit to be shipped will be witnessed by the WR-ALC engineer.

3.2 <u>Materials</u>. The contractor shall select materials capable of meeting all of the operational and environmental requirements specified herein. The materials specified in MIL-P-11268 are recommended, but are not mandatory. Recovered materials shall be used to the maximum extent possible. Utilization of composite materials to the maximum extent possible without compromising structural integrity or premature failures of materials for the life expectancy of the unit is strongly encouraged.

3.2.1 <u>Insulation Material.</u> The selected insulating material shall be suitable mechanically for its application such that the insulating material will not fail mechanically during its service life by breakage and/or crumbling or any other physical deterioration. The contractor shall provide both mechanical and thermal properties of the selected insulating material substantiated by detailed material specifications.

3.3 <u>Design</u>. The design shall meet the following requirements:

3.3.1 <u>Identification Plate</u>. An identification plate, permanently marked, shall be securely attached to the Large Aircraft Start System (LASS) in a readily accessible location. The identification plate shall contain the following information:

- Nomenclature
- Manufacturer's part number
- Serial number
- Manufacturer's name/cage code
- Date of manufacture
- Contract number
- National stock number
- UID Marking

Add 6 blank lines after this information for the purpose of etching future Time Compliance Technical Orders (TCTOs). Unique Identification (UID) information can be obtained from MIL-STD-130L pg. 9 paragraph 3.35 and pg. 18 paragraph 6.4.1.

3.3.2 <u>Control Panel</u>. The contractor shall place all operating controls and gages on one control panel unless authorized by the government. Users shall have access to make maintenance adjustments to components on control panel.

3.3.3 <u>Instructions.</u> Step by Step Operating instructions for startup/shut down will be mounted either on the control panel door or another suitable location close to the control panel for easy viewing by the operator.

3.3.4 <u>Control Panel Door</u>. Panel doors must cover the control panel and have visibility with easy access for users to monitor gages and operate switches only. The panel door shall be able to be closed to protect instruments from inclement weather along with weather stripping.

3.3.5 Non-Corrosive Enclosure/Materials. Material design is required to reduce the extensive man hours and costs expended resolving corrosion-related issues, i.e., rust, fungus, mildew, pitting, etc. with an objective to utilize composite materials to the maximum extent possible, without compromising structural integrity. Benefits would include extended cart service life, reduction of environmental hazards, and a reduction in cart weight.

- Dissimilar material: Wherever practical, dissimilar metals will not be used in direct contact with each other. Where such conditions cannot be avoided, suitable protection against galvanic corrosion shall be provided.

3.3.6 Maximum Size. The size and weight of the LASS shall be as small as possible while still meeting the performance requirements as specified. Any changes to this unit shall not adversely affect the mobility footprint. The LASS shall be transportable by military cargo aircraft, spring-ride truck or trailer, rail car, and boat or ship, and shall meet the ramp negotiation requirements specified in SAE AS8090 for Type I, Class 2 equipment ground mobility. The LASS shall fit in one pallet position or less with the tow bar attachment in the raised position.

3.3.7 Foolproof design. The LASS shall be designed in a manner which allows the operator and maintainer to perform their task in the most efficient manner. Components shall be designed by shape or by mounting pattern to prevent improper installation.

3.3.8 Foreign Object Damage (FOD). Any metal cap, plug, pin, or plate, requiring removal for inspection, service or operation, shall be retained by wire rope or lanyard chain, so it cannot become separated.

3.3.9 Human Engineering. All system operations, servicing, and maintenance functions shall be configured to be accomplished by a range or personnel from a fifth percentile female to a ninety-fifth percentile male in accordance with human engineering design criteria of J/ISO 3411.

3.3.10 Threaded Fasteners. Threaded fasteners shall include features to prevent the loss of torque, while allowing for disassembly. An assembly torque shall be specified for all threaded fasteners. Internal threads in aluminum shall withstand not less than twenty fastener installation cycles to the specified torque. Adhesive supports for wiring or other components shall not be used.

3.3.11 Permanent Fasteners. Permanently fastened overlapping surfaces shall be sealed. Rivet selection shall be for a minimum joint strength. Rivet heading shall be consistent with published data for a matching application.

3.4 Weight. The weight of the unit shall be evenly distributed from left to right, to allow ease of movement on a flat surface by one person. The maximum gross weight without fluid or fuel shall be as small as possible.

3.5 Mobility. The LASS shall comply with the mobility requirements specified in AS8090 for Type I, Class 2 equipment ground mobility, except that it shall be towable at speeds up to 15 mph, with a 20-foot maximum safe turning radius. Also, each tie down point will have a minimum clear opening of 1-1/2 inches. The unit shall be capable of being configured for air shipment in less than 10 minutes. The user shall be able to reassemble to towing configuration in less than 5 minutes. The contractor shall use MIL-HDBK-1791 section 4.2 for guidance when designing to make unit transportable in Air Force aircraft.

3.6 Performance Characteristics

3.6.1 Flow Regulation. The flow and pressure shall be adjustable through the range of 40 through 60 psia and shall have a minimum rated flow of 186ppm @ 59 psia or better at sea level. This pressure and flow shall be the pressure and flow that are output at the end of the hose and received by the aircraft. Table 1 gives the ground start envelope.

Table 1: Operating envelope corners

| ELEVATION | AMBIENT TEMP (deg F) | REQUIRED FLOWRATE (PPM) |
|---|---|---|
| SEA LEVEL | -40 | 181.5 |
| SEA LEVEL | 130 | 155.5 |
| SEA LEVEL | 90 | 155.5 |
| 7,000 FT | 92.8 | 147.03 |

3.6.2 Battery. The battery type shall be a maintenance free, sealed glassmat recombination design meeting the requirements of (CAGE 30554) drawing 88-20525. The batteries shall have sufficient capacity at -25°F to provide a minimum of two unassisted engine starts. Drawing 88-20525 may be obtained by contacting the PCO/Buyer.

3.6.3 Battery Charge System Voltage. 13.8 – 14.4 VDC for 12 VDC start system or 27.6 – 28.8 VDC for 24 VDC start system.

3.6.4 Battery Charge System Current. The cart shall be equipped with a self-contained battery recharging system. The system shall be of a current charge type and it shall be adequate to recharge the battery during normal discharge to charge cycle within 5 minutes of initial discharge from engine start. The battery recharging system shall, at -25°F, recover from one start in no more than one hour running time, and shall recover from two starts in no more than two hours running time during normal operations. The exploration of solar recharging options is strongly encouraged.

3.6.5 Continuous Operation. The fuel tank shall be designed to provide enough fuel for continuous operations under combination loading for minimum of (4) hours. Combination loading in the previous sentence refers to various loading conditions

on the system with maximum loading as much as practical while keeping the weight of a full fuel tank in mind. The tank shall be equipped with baffles, a replaceable drain, and a fuel indicator. Fuel tanks shall be manufactured to prevent failure from corrosion or fatigue cracking. The cart shall include provisions for purging air out of the fuel system should fuel starvation occur during operation, or following fuel system maintenance. A readily-accessible fuel tank shutoff valve shall be provided to prevent continuous fuel spillage when fuel lines are disconnected. The fuel tank shall be vented to prevent collapsing of tank and fuel starvation to engine.

3.6.6 Cold Start Capability. Unit must be capable of starting in all types of climatic conditions. Unit must comply with the standards of the DEPRD, if a diesel engine is selected. The cart's engine shall have standalone starting and restarting capability at ambient temperatures down to -25°F. At temperatures between 0°F and -25°F, the starting system shall allow the cart to start, and be ready to perform any function in its basic design, within five minutes of operator start initiation. At temperatures above 0°F, the cart shall be ready to perform any function within one minute of operator start initiation. Engine starting aids may not be used unless contained within the cart (i.e., no external power, separate heater, etc.). Utilization of ether as a starting aid is not allowed.

3.6.7 Pulling Force/Rolling Resistance. The towing force required to move the cart from rest on a semi smooth or paved surface will not exceed 75 lbf/ton. The maximum force required by a human to push the cart for a short period of time is 46.65lbf

3.6.8 Service Life. The unit shall be designed to have a minimum service life of 20 years in operational service.

3.6.9 Air Hose. The cart's air delivery hose connects to the aircraft and delivers compressed air for starting the aircraft's turbine engine(s). The hose shall be the standard bleed air hose 30ft. (100ft. availability) long with quick disconnect and lanyard chain. The hose shall be in accordance with MIL-DTL-22706G type III, class I. The performance of the hose shall meet whichever has the greater performance requirements out of this document and MIL-DTL-22706G. Unit shall have a rack or basket to store bleed air hose and will not need to be covered.

3.6.10 Corrosion Prevention. Materials used in the construction/design of housing, trailer, and major components must be corrosion resistant to support worldwide deployment scenarios. Only compatible USAF primers, and paint, shall be used on all painted metal surfaces unless otherwise agreed to by the government. Use MIL-HDBK-808 for guidance on finish and color per FED-STD-595B. The following apply to painting, priming and finishing for support equipment.

1. Finish per MIL-HDBK-808 and color per FED-STD-595.
2. MIL-PRF-85582D may be used in lieu of MIL-PRF-23377H.
3. MIL-PRF-85285D.

3.6.11 Primer Mover. The engine shall be diesel or gas turbine engine. The parameters of cold start, emergency shutdown, cooling, environmental standards, and performance characteristics shall meet the DEPRD specification should a diesel engine be used. The DEPRD is only required if the Diesel Engine is selected. The engine selected shall not provide more than 130 percent of the worst-case power required, refer to Table 2. The engine shall be equipped with a governor system, suitable for the bleed air application, to preclude the need for manual throttle control. An engine manufacturer's certification shall be provided for the engine selected, certifying compatibility or compliance with the fuel, oil, emissions, and other performance requirements specified herein, as applicable.

3.6.12 Interface. The LASS must be able to perform on/interact with the following aircraft: C-17, C-5, C-130, C-9A, C-20, C-137, C-141, E-8, KC-10, KC-135, KC-10, B-1B, B-2, B-52. Tasks shall be done without damage to the LASS or the aircraft. The LASS shall be capable of being operated and maintained on the flight line and in aircraft shelters around aircraft. This aircraft list is complete to best of the author's knowledge and may change at any time.

3.6.13 Treatment. When materials are used in the construction of the LASS that are subject to corrosion in salt air or other atmospheric conditions likely to occur during service usage, they shall be protected against such deterioration in a manner that will in no way prevent compliance with the performance requirements of this document. **The use of any protective coating that will crack, chip, or scale with age or extremes of atmospheric conditions shall be avoided. Protective coating shall comply with FED-STD-595B, semi-gloss green, color 24052. Chemical Agent Resistant Coating (CARC) shall not be used.**

3.6.14 Wheels. Wheels shall be of the pneumatic type that will absorb vibration while the LASS are transported. The wheels will need to be able to transport the LASS while it is in operational and transport mode. The LASS shall have a braking system that shall be hand/foot operated which shall not allow the LASS to move on a slope of 15 degrees.

3.6.15 Cargo Tie Downs and Hoisting Provisions. The LASS shall be designed to be air, land, and sea transportable with four cargo tie downs for LASS retention. Each cargo tie down shall have a minimum operating load capability of twice the weight of the LASS. Guidance can be found in MIL-HDBK-1791 starting in section 4.2.3.1.

3.6.16 Oil. The engine and the cart components requiring lubrication shall use one or more lubricants conforming to the following specifications: MIL-L-2104, MIL-L-7808, MIL-PRF-10924G, and MIL-L-23699.

3.6.17 Vibration. The primer mover and the subassemblies shall have a maximum displacement of 6 mils with 4 to 1 reduction across vibration isolators.

3.7 Environmental Conditions

3.7.1 Storage Temperature Range (STR). The LASS and all of its items shall be able to operate within the specified operating temperature range (see 3.7.2) from its normal operating configuration and without external assistance after having been stored in the specified STR. The LASS shall be able to undergo successful normal startup procedures after having been stored in specified STR. The STR requirement ensures the system is storable in anticipated worldwide deployable environments. The Non-Operating STR is -65°F to +160°F. Expose to storage temperature IAW MIL-STD-810F, method 501.4 procedure I and method 502.4 procedure I. STR evaluation is to precede operational temperature range evaluation to simulate real world results.

3.7.2 Operational Temperature Range (OTR). The LASS and all of its items shall be able to operate within the specified temperature range from its normal operating configuration and without external assistance. The OTR is -40°F to +130°F. Expose to operating temperature IAW MIL-STD-810F, method 501.4 procedure II and method 502.4 procedure II.

Table 2: Temperature Ranges

| Exposure Period | Temp. Requirement Low | High |
|---|---|---|
| Starting | -25°F | 130°F |
| Operation | -40°F | 130°F |
| Storage | -65°F | 160°F |

3.7.3 Operating Altitude (OA). The LASS and all of its items shall be able to operate within the specified OA from its normal operating configuration and without external assistance and it shall also be able to be stored within the specified non-operating altitude and undergo successful normal startup procedures after having been stored within the specified non-operating altitude. OA requirement ensures the system is operable in anticipated worldwide deployment environments. Operating Altitude is sea level to 7,000ft. Non-Operating Altitude is sea level to 40,000ft for Air Transport. Expose to Operating and Non-Operating Altitude IAW MIL-STD-810F, method 500.4 procedure I and II.

3.7.4 Blowing Rain. Exposure to and operation in rain shall be as specified in MIL-STD-810F, method 506.4, procedure I, with conditions stated above.

3.7.5 Solar Radiation. Exposure shall be IAW MIL-STD-810F, method 505.4 procedure I and II.

3.7.6 Fungus (Tropical). All materials used on the LASS shall be fungus resistant or shall be suitably treated to resist fungus. Materials treated for fungus resistance shall retain their original electronic, physical, or other properties sufficiently to remain entirely suitable for their intended purpose, and shall not present toxic hazards for personnel or have corrosive effects on adjacent material. The period of affectivity of such treatment shall be at least equivalent to the service life of the part or component on which it is used. Exposure to fungus shall be as specified in MIL-STD-810F, method 508.5.

3.7.7 Salt Laden Moisture (shipboard conditions salt and sea air). The LASS shall be capable of sustained use and storage in high temperature, high humidity, and salt laden seacoast environments without damage or deterioration of performance. Expose to salt moisture/fog IAW MIL-STD-810F, method 509.4.

3.7.8 Sand/Dust (Desert). The LASS shall withstand exposure to 0.062 grams/cubic foot wind-blown sand (particle size 150 to 1000 microns) and dust (particle size less than 150 microns) at wind speeds up to 40 mph without damage and without deterioration in performance. Moving parts and electric circuits shall be protected against entry of sand and dust to the extent practical. Items that are critically vulnerable to sand or dust shall have appropriate protection or inspection provisions. Finishes on exposed surfaces shall have the best standards of commercial practices for hardness to have reasonable resistance to abrasions. Expose IAW MIL-STD-810F, method 510.4, procedure's I and II.

3.7.9 Snow Loads, Ice Accretion, and De-icing. Equipment shall withstand ice accretion up to 2 inch per 12 hours minimum. Expose IAW MIL-STD-810F, method 521.2.

3.7.10 Noise Pollution. Noise measurement shall be 85dba max at 7 meters from the perimeter of the LASS when measured at 1.2 meters above the ground. Noise levels generated by the unit shall be minimized by use of sound reduction devices/features to preclude hearing damage to operator and personnel. If the noise level generated exceeds 85dba, the unit shall be equipped with appropriate placards/markings to indicate that hearing protection is required.

3.7.11 Engine Exhaust. Engine exhaust shall discharge such that it shall not cause harm to the personnel or the aircraft, nor shall the exhaust gasses be drawn back into the air intake. The exhaust outlet shall be protected from the environmental extremes and water intrusion from cleaning equipment or pressure washing. Hot surfaces shall be protected from hand contact. The Exhaust temperature shall not exceed 445°F +/- 10°F.

3.7.12 Hazardous Materials. The use of Ozone Depleting Chemicals (ODCs) and the hazardous materials established by the EPA listing are prohibited from use in any operation, maintenance, repair, overhaul, and/or troubleshooting action. No technical manual shall contain any of these prohibited materials for either use or

information. Toxic products and formulations used or generated by the LASS shall meet the requirements of AFOSH STD 48-8 and all other applicable environmental, occupational safety threatening agents in producing, using, maintaining, storage, disposal, or servicing of the LASS or its components.

3.7.13 Electromagnetic Interference (EMI/EMV). The LASS must meet the requirements of MIL-STD-461 starting in section 5.3 and use MIL-HDBK-235-1B section 4 as guidance. The unit must not cause interference with other electrical items and must not be subjected to interference from other items.

3.8 Configuration Management. Contractor shall provide justification and get permission before using nonstandard parts on the LASS. Nonstandard parts are parts that can only be procured from the primary manufacturer and cannot be procured as an off the shelf item in the event of part failure. Also, contractor shall not make any modifications to the design of the LASS or parts used in the construction of the LASS once it has passed preproduction testing, without government approval.

3.9 Maintenance.

3.9.1 Tool. The use of standard hand tools enhances maintainability, decreases maintainer's cost, and reduces airlift requirements. There shall be no more than 10 special tools (Special tools require approval of procuring activity and shall create no additional cost in conjunction with the basic end item contract). One set of the special tools shall be shipped with each unit and metrics are not considered special tools. The LASS shall be field maintainable using a minimum number of common standard hand tools. All major components shall be replaceable by field level maintenance technicians. All operational inspections and servicing (fuel, oil, coolant, etc.) shall be capable of being performed without the need for removing major components and access panels. All inspections shall be capable of being performed from a standing position.

3.9.2 Operability: All components shall be selected and located for maximum ease of operation, servicing inspections, and maintenance. All operator controls and equipment shall be centrally located in an easily accessible and readily available compartment. (Switches and gauges at the operational position shall be located for good visibility and operation from a standing position). The instruments and controls compartment shall have a panel light and a small door in which to protect the area during inclement weather. This shall include the incorporation of access doors or removable enclosures or modular design of sub-systems and components. Additionally, design must allow the user to operate while wearing cold weather gear and or all Mission Oriented Protective Posture (MOPP) ensembles.

3.9.3 Maintainability. The personnel must be able to service and visually inspect without removing panels or components. This shall include the incorporation of access doors or removable enclosures and modular design of sub-systems and components. The major components, engine, and controls shall be removable by

field personnel. There shall be maximum use of quick disconnections to allow for rapid removal/replacement of component parts. The electrical systems shall be protected by circuit breaker(s) in-lieu of fuses. The enclosure/chassis material must be field repairable. The maximum total downtime to perform all daily scheduled maintenance (visual inspection, adjustment of lubricant levels, tire pressure, etc. and servicing tasks shall be no greater than 30 minutes.

3.9.4 Maintenance Concept. Design shall not require removal of other major components to access and replace failed subassemblies.

3.9.5 Reliability. Threshold Mean Time Between Preventative Maintenance (MTBPM) shall be 250 operating hours or greater. Preventative maintenance tasks should be limited to a maximum of 8 man-hours.

3.9.6 Mean Time To Repair. Repair time for non-critical/major repairs shall be no longer than 3 hours.

3.9.7 Mean Time Between Failures(MTBF). The system shall not have a MTBF less than 3000 hours. The engine shall not have a mean time between failure of less than 5000 hours. The system shall have a reliability of not less than .9933 for a one-hour mission at 0.9 confidence.

3.10 Workmanship. Construction and finish of the LASS shall give particular attention to neatness and thoroughness of soldering, wiring, impregnation of coils, marking of parts and assemblies, welding and brazing, painting, riveting, machine-screw assemblies, and freedoms of parts from burrs and sharp edges.

3.11 Welding. Welders shall be certified in accordance with the requirements of American Welding Society (AWS) D1.1, D1.2, and/or D1.3.

3.12 Environmental Compliance. The use of Ozone Depleting Chemicals (ODCs) and the hazardous materials on the EPA-17 List are prohibited from use in an operation, maintenance, repair, overhaul, and/or trouble shooting action required of the government by any unit's technical order of any kind, whether it is commercial or government format. No technical manual shall contain any of these prohibited materials for either use or information.

3.13 Airlift Capability. Guidance to design for Airlift Capability is provided in MIL-HDBK-1791 starting with paragraph 4.2. **Prior to preproduction unit approval, the contractor shall contact ASC/ENFC, Building 125, 2335 Seventh Street, Ste 6, Wright-Patterson AFB, OH 45433-7806, 513-255-6039 to obtain certification of air transportability.**

3.14 Fire Prevention. Best Commercial Practice shall be employed. The danger to personnel from fire and explosion shall be avoided by separation of hazardous

substances from heat sources, and the use of suitable vents, and drains, and other fire prevention measures.

## Section 4 Quality Assurance Provisions

4.1 Classification of Tests. The inspection and testing of the LASS shall be classified as follows.

4.2.1 Developmental Test and Evaluation (DT&E). The DT&E tests are required to be accomplished by the contractor after award of the preproduction unit contracts. This DT&E that the contractor is responsible for shall be done with one of the two preproduction LASS units. Upon approval of the testing results the contractor shall refurbish the unit to like new condition and ship the unit to a location of the Governments choosing. (See 4.3)

4.2.2 User Testing (UT). User Testing is to be performed on one of the two preproduction units by the Government (see 4.4)

4.2.3 Production Acceptance Test. The Production Acceptance Test shall be required for acceptance of the production units (see 4.7, 4.8, 4.9 & 4.10)

4.3 DT&E. The contractor is responsible for the areas set forth below prior to shipping the preproduction units to the Government. Testing set forth in this section will be witnessed by the Warner Robins program technical team at the contractor's facility or selected test site. The contractor is responsible to provide certification of testing and test results to the contracting officer concurrent with the submission of the preproduction units. Visual damage inspection and acceptance will be accomplished at destination. DT&E is to begin no sooner than notification of acceptance of the contractor's test plan. Where applicable/practical the units of measurement in section 4.9 shall be used and the criteria of 4.9 applied.

4.3.1 Examination. Each preproduction LASS shall be visually examined for the characteristics required by Section (3.2) materials, (3.3) design, (3.6.11) air hose storage and availability, (3.6.12) corrosion prevention, (3.9) maintenance, and (3.10) workmanship.

4.3.2 Test. A preproduction LASS shall be subjected to tests that shall show compliance with Sections 3 and 4 (mobility, environmental, maintenance, etc.) of this document. Tests shall be conducted at prevailing ambient temperatures and utilize all components and appropriate accessories in place, unless otherwise specified herein. Certification of all tests shall be provided to the Government. Test period shall be no more than 150 days. Throughout the testing the cart shall run out of its usable fuel before refueling to verify the engines capability to

automatically shut down without damage and to insure operation of the low fuel warning indicator light. After refueling, the engine/fuel system shall exhibit easy restarting, within 60 seconds, with no other maintenance. The only time the fuel shall not be completely exhausted is when the test calls for continuous uninterrupted operation of the unit.

4.3.2.1 Preparation for Tests. The LASS shall be equipped with all specified auxiliary equipment, shall be fully serviced, and all equipment shall be prepared for immediate operation.

4.3.2.2 Test Failure Criteria. Unless otherwise stated, the following shall be cause for rejection:

- Failure to conform to design or performance requirements specified herein.
- Structural failure of any component, including permanent deformation, or evidence of impending failure.
- Evidence of excessive wear.
- Interference between LASS components or between the LASS and any item that it must interact with.
- Misalignment of components
- Conditions which present a safety hazard to personnel during operation, service, or maintenance.

4.3.2.3 Test Apparatus and Instruments. All test apparatus and instruments used with the testing specified herein shall be certified for use in accordance with the requirements of the commercial organization/society controlling the apparatus/instruments. All instruments shall be calibrated prior to testing.

4.3.2.4 Environmental Test. The environmental test of section 3.7 shall be the first DT&E test conducted by the contractor on the LASS. Unless otherwise stated, the LASS shall be physically tested to demonstrate that it can withstand and operate in each of the environmental conditions. Compliance with every section in 3.7 and 3.12 shall be demonstrated. Any corrosion of any type or nonconformance to this purchase description, or deformation of any LASS part shall constitute failure of this test.

4.3.2.5 Mobility Test. The LASS shall be subjected to the following mobility test. Any evidence of instability, nonconformance to this purchase description, or deformation of any part of the LASS shall constitute failure of this test.

- Conform with sections 3.5 and 3.6.7
- Flightline – The LASS shall be capable of being towed in its transportation configuration for a distance of 50 miles at an average speed of 15 miles per hour (+/- 3 mph) over flightline pavement. Every 1 mile during the test, the equipment shall be capable of being

pulled by the towing vehicle through a 360 degree left turn and right turn at a radius no greater than 20 ft. at a speed of 5 mph (+/- 2 mph). The LASS shall be capable of being towed using USAF flightline tow tractor. The LASS shall also be capable of being towed in its operational configuration for a distance of no less than 100 yards. On completion of the test, an inspection will be conducted to verify that the tow bar can handle towing conditions and that no parts have worked loose during the test.

- Maneuverability – The LASS shall be moved from rest on level flightline pavement with a force no more than 150 pounds.

4.3.2.6 Configuration Test. The LASS shall be able to reconfigure from operational mode to shipping mode in less than 10 minutes and be able to reassemble to towing configuration in less than five minutes. Each tie down point will have a minimum clear opening of 1-1/2 inches.

4.3.2.7 Airlift Capacity Test. A detailed engineering analysis shall be conducted to demonstrate compliance with Airlift Capability requirement (see 3.13). The analysis shall include the tie downs and all major components and their ability to withstand acceleration forces as described in MIL-HDBK-1791 section 4.2.3.2. The evaluation shall also include a dimensional analysis for the LASS while loaded aboard aircraft types C-130, C-141, C-17, C-5 and KC-135 Aircraft.

4.3.2.8 Braking. The LASS parking brake(s) shall be applied while LASS is in the shipping mode with an incline angle of 15 degrees. The LASS wheels shall be observed for presence of rotary or sliding motion during the test. No motion shall be allowed, see 3.6.14. The parking brakes shall be inspected to determine compliance with the requirements. With the cart at both curb weight and maximum gross vehicle weight (GVW), it shall be demonstrated that the parking brakes can hold the cart motionless on a 15 percent grade while headed both up and down a dry, smooth concrete or macadam surface that is free of loose material. The cart shall remain on grade for no less than 30 minutes in each direction and checked for wheel roll, slide or any other indication that the braking force is being exhausted.

4.3.2.9 Maintainability/Reliability. The contractor shall demonstrate that the LASS are in full compliance with section 3.9.

4.3.2.10 Cart Performance Tests. The following data shall be recorded during the 24 hour run at rated load.

- Compressed airflow (ppm)
- Compressed air total pressure (psia)
- Compressed air total temperature (°F)
- Engine Speed (rpm)

- Ambient Temperature and Pressure
- Fuel Consumption (gal/min)
- Engine run time (in hours)
- Number of engine starts
- Battery output (volts)
  Flooded inlet zero lift reading, lifting gasoline reading, amp reading, and current readings at 12 or 24 volts. (depending on system chosen)

4.3.2.11 Non-Destructive Inspection (NDI). The contractor shall identify all welded and high stress joints. The contractor shall provide this information to the government during the preliminary design review. Before test begins on the LASS, the government shall provide the welds, not to exceed 50%, which the contractor shall have inspected by a third party. Before tests begin the specified welds shall undergo NDI. All welds must meet AWS specifications.

4.3.2.12 Inspection. After all tests have been completed on the LASS, the following inspections shall be done:

- Inspect LASS to make sure parts haven't worked loose.
- Verify that wheels are in good condition and no cracks have developed.

4.4 User Testing (UT). The Government will perform testing in an operational environment of certain parameters on one of the two preproduction units as set forth below. Areas specified herein are not all inclusive and the Government reserves the right to test any and all parameters of this purchase description. Government tests will include, but are not limited to general operational tests. The preproduction LASS unit shall be evaluated by user and maintainer personnel at a location that will be finalized after the contract is awarded. The contractor shall provide onsite support at location. This support shall take the form of parts, equipment familiarization, and technical support as required.

4.4.1 Test Period. The unit will be tested concurrently for a period of no more than 90 days. This unit will be tested in the field while the other is undergoing DT&E.

4.4.2 Repairs. In the event that the LASS fails and needs to be repaired for any reason, the contractor shall make the necessary repairs within a 2 hour time frame. If the repair takes more than 2 hours then that day does not count as a testing day.

4.4.3 Maintainability. The LASS shall satisfy the maintainability preproduction test during user testing.

4.4.4 Verification Tests. To validate welds acceptability a government approved third party will conduct test on welds to determine if they pass ANSI/AWS specifications.

4.4.5 Test Support Kit: The contractor shall ensure that a kit of common repair parts is available during preproduction/DT&E and users operational testing so that minor breakdowns do not delay the test beyond repair time required to return the set to serviceable condition.

4.5 Non-Destructive Inspection (NDI). After completion of preproduction/DT&E and user testing, both LASS units shall be inspected by NDI method by the same third party organization that performed the prior inspection. All welds that were inspected in 4.3.2.11 and 4.4.4 will be inspected again. All welds must meet ANSI/AWS specifications.

4.6 Refurbishment. After successful completion of all required testing, the contractor shall restore each preproduction LASS to like new condition.

4.7 Conformance Inspection.

4.7.1 Examination. Each LASS unit shall be examined to determine compliance with the drawing package and requirements specified herein with respect to materials, workmanship, dimensions, markings, operation, and function. Any redesign or modification of the contractor's standard product to comply with specified requirements, or any necessary redesign or modification following failure to meet the inspection shall encompass all visual examinations and dimensional measurements. Noncompliance with any specified requirements or presence of one or more defects preventing or lessening maximum efficiency shall constitute cause for rejection.

4.8 Production Unit Test. The test for each production cart shall consist of the acceptance tests specified herein.

- Acceptance Runs. Every cart shall be started at least two times and operated at rated load. The pneumatic output shall be measured near the point where the air exits the supply hose and recorded to insure that it satisfies rated air output of 186 lb/min., rated pressure of 60 psia, and maximum temperature of 445 +/-10 degrees Fahrenheit. Output values will be corrected to 59 degrees Fahrenheit sea level standard day conditions. During normal cart shutdown, each engine shall be stopped once by activating the emergency shutdown.

b. The cart shall be started to measure and ensure that the required output can be obtained in 60 seconds. After the output has been maintained for at least 15 minutes the cart pressure shall be turned down and held there for several minutes to demonstrate the variability and that it can be controlled and maintained then the cart shall be shutdown.

c. During the second start, with the cart at rated load and a downstream resistance to give 25 percent of rated flow, the resistance shall suddenly be removed for approximately 10 seconds. The test shall demonstrate the ability of the control system to return the engine/compressor to normal

without reaching maximum established limits and without surge or continuous hunting. This test shall be repeated with downstream resistance giving 90 percent of rated flow.

4.9 Inspection Conditions.

4.9.1 Conditions. Except as specified herein, tests shall be run at prevailing ambient conditions.

4.9.2 Corrections. Readings of air flow, gas pressures, and gas temperatures shall be corrected to NACA Standard sea level atmospheric conditions as specified in NACA Report 1235 or by a method acceptable to the procuring activity. This report can be obtained from either of the following websites:

http://naca.larc.nasa.gov/reports/1955/naca-report-1235/index.cgi?thumbnail1

http://naca.larc.nasa.gov/reports/1955/naca-report-1235/naca-report-1235.pdf

4.9.3 Test Data Measurement. Measurement of test data shall include, but is not limited to the following:

- Rotational Speed. Engine speed shall be determined, whenever practicable. Readings shall be in percent of rated speed.
- Fuel Consumption. Throughout the entire sections of 4.3 DT&E, 4.4 User Testing, and 4.10 Testing for verifying requirements, the amount of fuel consumed shall be recorded and included in the test report.
- Airflow. Airflow measurements shall be made in accordance with the procedures specified in ASME Power Test Code or by a method acceptable to the procuring activity.
- Temperature Measurements. The temperature measurements shall be recorded in degrees Fahrenheit.
- Pressure Measurements. The pressure shall be measured in pounds per square inch.

4.9.4 Sparks and Flames. During all testing, there shall be no noticeable exhaust sparks or flames. Either shall be cause for rejection.

4.9.5 Records. Notes regarding all incidents of the test, such as adjustments made, services performed, leaks, vibrations, and any other irregular functioning of the cart shall be placed on log sheets prepared and maintained by the contractor. Log sheets

shall contain sufficient data to assure that the cart has been adjusted and tested to meet the contract requirements. All production unit test records shall be submitted to the local government QAR for approval.

4.9.6 Control Test. During all testing, the cart shall not exceed normal operating limits, hunt continually, or surge.

4.10 Testing for verifying requirements

4.10.1 Production Unit Testing. Examination of product. See all of sections 4.7 and 4.8.

4.10.2 Mobility. The cart shall be tested to verify compliance with the following:

- Ground Clearance. The ground clearance beneath the lowest point on the cart, excluding the wheels and tires, shall be measured with the cart at maximum GVW and stationed on a level paved surface.
- Wheels and Tires. The wheels and tires shall be inspected for compliance with type and size.
- Pintle Assembly. The pintle assembly shall be inspected for compliance with the requirements. It shall be demonstrated that the tow bar, while coupled to the pintle on the cart, can be freely rotated, without interferences, 45 degrees vertically and 60 degrees horizontally each side of center position.
- Steering System. The steering system shall be inspected to determine compliance with the drawing package. With the cart loaded to maximum GVW, the inside turning angle shall be measured at both front wheels while the cart is inspected for any interferences of the wheel assemblies with other components of the trailer.
- Parking Brakes. The parking brake(s) shall be inspected to determine compliance with the requirements. With the cart at both curb weight and maximum GVW, it shall be demonstrated that the parking brake(s) can hold the cart motionless on a 15 percent grade while headed both up and down a dry, smooth concrete or macadam surface that is free of loose material. The cart shall remain on grade for no less than 30 minutes in each direction and checked for wheel roll, slide or any other indication that the braking force is being exhausted.

4.10.3 Tow bar Test. The tow bar shall be inspected for compliance with the requirements. The tow bar ability to be removed and its vertical stowage capability shall be demonstrated.

4.10.4 Weight. The cart shall be weighted to record the weight of the cart when dry and when fully serviced.

4.10.5 Fuel Testing. All cart testing shall be performed with JP-8.

4.10.6 Load Control Device. The load control device shall be tested to verify that compressed air will be delivered to the hose only after the operating speed range is reached, regardless of the position of the air supply control. The device shall be tested to verify the opening and closing times. It has an opening time range of three to ten seconds and a closing time of not more than five-tenths (0.5) of a second.

4.10.7 Engine Lubrication/High Temperature Protection. The cart shall be tested to demonstrate that the engine will shutdown automatically when lack of lubrication, damaging high temperature conditions, or excessive speeds exist.

## Section 5 Packaging

5.1 Packaging. Preservation, packaging, and packing shall meet the requirements of AFMC. Guidance for this process is provided in MIL-STD-2073-1D. Items shall be protected from hazards of handling equipment and shall be transportable by all modes of transportation. Items determined to be electrostatic discharge (ESD) sensitive shall be defined, handled, packaged, and marked accordingly.

## Section 6 Notes

6.1 Intended Use. The LASS covered by this purchase description is intended for use in the maintenance and startup of large aircraft used by the Air Force.

6.2 Ordering Data. Procurement documents should specify the following:

- Title, number, and date of this purchase description.
- Degree of preservation and degree of packaging required (see 5.1).

6.3 Pre Production Samples. The preproduction shall consist of two preproduction units. Any changes or deviations of production LASS from the approved preproduction LASS will be subject to the approval of the procuring activity.

6.4 Data Requirements. The procuring contracting officer will include requirements for such data as technical publications, instructional materials, illustrated parts lists, and contractor's maintenance and operation manual to be verified and validated and delivered prior to shipping of production units. All TO's shall comply with current Air Force requirements. Preliminary TO's shall be provided concurrently with the preproduction units.

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

**REDACTED**

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

REDACTED

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

REDACTED

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

REDACTED

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

REDACTED

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

**REDACTED**

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

REDACTED

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

REDACTED

**REDACTED**