# In the United States Court of Federal Claims

No. 06-874C
(Filed: December 27, 2006)

* * * * * * * * * * * * * * * * * * * * * *

HAMILTON SUNDSTRAND
POWER SYSTEMS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * *

ORDER

A status conference is scheduled for Friday, December 29, 2006 at 10:00 a.m. eastern. The conference will be recorded. The parties are directed to appear in person.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge