# In the United States Court of Federal Claims

No. 06-874C
(Filed: December 29, 2006)

* * * * * * * * * * * * * * * * * * * * * *
HAMILTON SUNDSTRAND POWER SYSTEMS,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

ORDER

For the reasons explained during the hearing of December 29, 2006, plaintiff's motion for a preliminary injunction is denied.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge