# In the United States Court of Federal Claims

No. 06-874C
(Filed: December 29, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
HAMILTON SUNDSTRAND POWER SYSTEMS,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

By separate order, the court has denied plaintiff's motion for a preliminary injunction. We convert that motion to a request for a permanent injunction and a motion pursuant to Rule 52.1 of the Rules of the Court of Federal Claims. The requirement under Rule 52.1 for proposed Statements of Facts is waived. As indicated during the hearing of December 29, 2006, the court hereby orders the following briefing schedule:

1. Defendant shall file the Administrative Record on or before January 5, 2007.

2. Defendant shall file a Response to plaintiff's Rule 52.1 Motion on or before January 17, 2007.

3. Plaintiff's Reply Brief shall be filed on or before January 26, 2007.

4. Defendant's Sur-Response (optional) shall be filed on or before January 31, 2007.

Oral argument shall be heard on February 2, 2007 at 10:00 a.m. in the National Courts Building.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge