# In the United States Court of Federal Claims

No. 06-874C
(Filed: December 29, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
HAMILTON SUNDSTRAND POWER SYSTEMS,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiff's unopposed motion for leave to file documents under seal is granted. Plaintiff's proposed redacted versions of its complaint and memorandum of points and authorities shall be released to the public.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge