IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| HAMILTON SUNDSTRAND POWER SYSTEMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-874C |
| v. | ) | |
| | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, the United States, respectfully submits this notice of the filing of the administrative record in this action. Pursuant to the arrangement agreed to during the Court's December 29, 2006 status conference, we are filing and serving the administrative record on CD-ROM.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

January 5, 2007

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 5, 2007, I caused to be hand-delivered a copy of the foregoing "Defendant's Notice of Filing of Administrative Record" and the Administrative Record, addressed as follows:

Frederick W. Claybrook, Jr.
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Suite 1100
Washington, DC 20004-2595
(202) 624-2500