crowell moring

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

September 1, 2006

1212:bmr
089257.0003714

**PROTECTIVE ORDER REQUESTED**
**CONTAINS PROPRIETARY MATERIAL**

**BY ELECTRONIC MAIL**

The General Counsel
Government Accountability Office
441 G St., N.W.
Washington, D.C. 20548
Attention: Procurement Law Control Group

Re: Protest of Hamilton Sundstrand Power Systems Under Department of the Air Force RFP No. FA8518-05-R-75369

Dear Sir or Madam:

Hamilton Sundstrand Power Systems ("HSPS"),[1] through undersigned counsel, protests its elimination from the competitive range under Request for Proposal No. FA8518-05-R-75369 ("RFP"), Large Aircraft Start System ("LASS") by the United States Air Force, Headquarters 542nd Combat Sustainment Wing ("Air Force"). The Air Force eliminated HSPS from the competitive range of this procurement valued at —despite issuing a rating based on HSPS's past performance—after determining that HSPS's technical proposal was "unacceptable" due to sixteen alleged informational "deficiencies."

The Air Force decision to disqualify HSPS was unreasonable and arbitrary, because, among other things:

---

1 HSPS is located at 4400 Ruffin Road, P.O. Box 85757, San Diego, CA 92186-5757. HSPS's telephone number is (858) 627-6996, and its facsimile number is (860) 660-1574. Please address all future communications concerning this protest to undersigned counsel. Facsimile transmissions for this protest should be sent to 202-508-8989. Electronic mail transmissions should be sent to rclaybrook@crowell.com, mnewman@crowell.com, and bruss@crowell.com.

**PROTECTED MATERIAL**
**TO BE DISCLOSED ONLY IN ACCORDANCE WITH**
**GAO PROTECTIVE ORDER**

PROTECTED INFORMATION



D. **HSPS's Elimination from Competitive Range**

**Grounds of Protest**

In competitive range protests, your Office reviews whether the agency's evaluation of proposals had a reasonable basis. *Symtech Corp.*, B-289332, Feb. 9, 2002, 2002 CPD ¶ 43. The agency's judgments must be fair, reasonable, and consistent with the evaluation criteria, and its technical conclusions must be supported by documentation and analysis. *See Spectrum Sciences & Software*, B-280700, Nov. 9, 1998, 99-1 CPD ¶ 84; *Olympus Bldg. Servs., Inc.*, B-285351 *et al.*, Aug. 17, 2000, 2000 CPD ¶ 178. Here, the Air Force's technical evaluation of HSPS's proposal was arbitrary and unreasonable in multiple respects.

**CONTAINS PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
GAO PROTECTIVE ORDER**

Such an evaluation approach is arbitrary. An agency cannot reasonably establish a competitive range by judging which offerors have succeeded in parroting the language of detailed RFP requirements. *See Moxon, Inc. / SRC Div.*, B-179160, Mar. 13, 1974, 74-1 CPD ¶ 134. Under any reasonable technical evaluation, HSPS's stated intent to comply with minor, precisely-specified system requirements should have been deemed acceptable.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | Page 1

2. AMENDMENT/MODIFICATION NO. FA8518-05-R-75369-0007

3. EFFECTIVE DATE 25 May 2006

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO (If applicable)

6. ISSUED BY CODE FA8533

54 VSG/GBZO-PKBB, 478 222 1912
380 RICHARD RAY BLVD, SUITE 104
ROBINS AFB GA 31098-1638
BUYER: Nicole R Furlough/GBZO-PKBB
Nicole.Furlough@robins.af.mil
Phone: (478) 222- 1954 Fax: (478) 222-1854 No Collect Calls

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

CODE | FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO. FA851805R75369

9B. DATED (SEE ITEM 11) 20-JUN-2005

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods. ( a ) By completing Items 8 and 15, and returning copies of the amendment; ( b ) By acknowledging receipt of this amendment on each copy of the offer submitted; or ( c ) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified. -__- :00 __

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO. (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. CONTRACTOR/OFFEROR

BY ____________
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA

BY ____________
(Signature of Contracting Officer)

16C. DATE SIGNED

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

B. Paper size shall be 8 ½" x 11".
C. Each page within a volume shall be numbered consecutively. The page limitation includes any drawings, diagrams, and illustrations. Offerors are cautioned that any pages that exceed the limitations will not be read, will be removed and will be sent back to the offeror.
D. Each page containing proprietary information should be so marked.
E. Each page should contain the following at the bottom of each sheet:

*Source Selection Information – See FAR 3.104*
*For Official Use Only*

F. The electronic copy of the volumes shall be on computer diskette or CD-ROM (MS-DOS formatted and high density). The programs available in Microsoft Office 2003 and Adobe 6.0 (or later version of both) are acceptable for usage.

**2. Volume I-RFP**

A. Volume I will consist of the completed and signed RFP with a cover letter delineating any exceptions taken to the RFP terms and conditions. However, Offerors are cautioned that any noncompliance with the terms and conditions of the RFP may cause their proposal to be determined unacceptable. Offerors shall ensure that all clauses and provisions that require "fill-in" information shall be appropriately completed, including the proposed prices associated with the contract line items in the Schedule of the RFP. All CLINs shall either be completed with a price or designated as Not Separately Priced (NSP). Offerors are cautioned that any noncompliance with the terms and conditions of the RFP may cause their proposal to be determined unacceptable and therefore not considered eligible for award. Proposals received are subject to the requirements of offers specified in FAR 52.212-1. The Government intends to make an award without discussions. Discussions, if necessary, will be conducted in accordance with FAR 15.306.

**3. Volume II, Technical Proposal**

A. Proposals shall be clear, concise, and include sufficient detail for effective evaluation. The proposal should not simply rephrase or restate the Government's requirements, but rather shall provide convincing rationale to address how the offeror intends to meet these requirements. Offerors shall assume that the Government has no prior knowledge of their facilities and experience, and will base its evaluation on the information presented in the offeror's proposal.

B. The offeror shall provide a narrative description supported by detailed drawings, pictures, sketches, calculations or other items as required to provide evidence that the offered product will meet the technical and performance requirements called for within PD04WRLEEG21as described below. Identify any risks associated with the approach and actions to be taken to mitigate that risk. The technical proposal shall make no reference to price. The technical proposal and any subsequent changes thereto will be incorporated by reference into any resultant contract, and the commitments made therein shall be binding upon the offeror. Offerors are further reminded that any resultant contract will be firm fixed-price, which places responsibility for satisfactory performance on the contractor.

**SUBFACTOR 1: LARGE AIRCRAFT START SYSTEM**

Part (a): Enclosure Design

The proposal shall include a detailed narrative description of the chassis design and shall identify the position and elevation and have a layout of all major system components, including the engine, the compressor, the battery recharge device, and the battery. The narrative shall explain how the system complies with section 3.3 and 3.4 and any of the subsections contained within those sections of PD04WRLEEG21. A legend and a description of all components shall be included.

Part (b): Air Flow System Design/Operation

The proposal shall include a detailed narrative description of the air flow system including the components and the control of flow and pressure through the full range of adjustment. It also shall include a flow diagram with

letter(s) for each commercial contract shall be included in the offeror's Present/Past Performance submission for the Government's use in case additional questionnaires need to be sent by the Government.

H. A Present/Past Performance Questionnaire Tracking Record, (See RFP Attachment 3), or equivalent form(s), containing the same information, shall be maintained by the offeror, documenting all exchanges between and follow-ups made to each of the POCs identified in the FACTS Sheets. All Present/Past Performance Questionnaire Tracking Records shall be submitted with the offeror's Present/Past Performance Volume. This exchange/contact between the offeror and its POCs shall cease upon submission of the offeror's proposal to the Government in response to this RFP.

I. RFP Attachments 1, 3, and 5 must include the following legend at the top and bottom of the page:

SOURCE SELECTION INFORMATION - See FAR 3.104
FOR OFFICIAL USE ONLY

Attachments 2 and 4 do not require the legend as the forms are internal documents between the offeror and its customers.

**EVALUATION BASIS FOR AWARD**

1. This acquisition will utilize the Technically Acceptable-Risk/Performance/Price Tradeoff (TA-RPPT) source selection procedure to make an integrated assessment for a best value award decision. A decision on the technical acceptability of each offeror's proposal will be made. For those offerors who are determined to be technically acceptable, tradeoffs will be made between proposal risk, past and present performance and price. Proposal risk and past and present performance are of equal importance, and when combined, are considered significantly more important than price. While the Government will strive for maximum objectivity, the tradeoff process, by its nature, is subjective; therefore, professional judgment is implicit throughout the selection process. The Government intends to make an award without discussions. Discussions, if necessary, will be conducted in accordance with FAR 15.306. Award will be made to the one responsible offeror whose proposal conforms to all solicitation requirements, such as terms and conditions, representations and certifications, technical requirements, and also provides the best value to the Government based on the results of the evaluation described in paragraph (2) below.

2. The TA-RPPT evaluation process will be accomplished as follows:

A. Technical Acceptability. Each offeror's technical proposal will be evaluated to determine if the offeror provides a sound, compliant approach that meets all the requirements of PD04WRLEEG21 and also demonstrates a thorough knowledge and understanding of those requirements and their associated risks. The evaluation of each offeror's technical capability will be based on an analysis of the following technical subfactor:

**SUBFACTOR 1: LARGE AIRCRAFT START SYSTEM**

Part (a): Enclosure Design

The standard for this part of Subfactor 1 is met when the offeror demonstrates a sound and feasible methodology of how the proposed configuration complies with the requirements of paragraph 3.3 and section 3.4 and all the subsections of these sections of PD04WRLEEG21, and the configuration demonstration includes an acceptable narrative description of the chassis design and elevation layouts with major components identified.

Part (b): Air Flow System Design/Operation

The standard for this Part (b) of Subfactor 1 is met when the offeror demonstrates in acceptable and detailed methodology how the proposed configuration complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21. A technically acceptable proposal for Part (b) includes an acceptable flow diagram, with the significant components identified, and a comprehensive and accurate description of operational and safety controls.

Part (c): Mobility

The standard for Part (c) of Subfactor 1 is met when the offeror demonstrates how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21, and such demonstration includes an acceptable flow diagram with controls and significant components identified, and a comprehensive and accurate description of operational and safety controls.

B. Proposal Risk. Proposal risk assesses the risk associated with the offeror's proposed approach as it relates to accomplishing the requirements of the solicitation. One of the following proposal risk ratings will be assigned to the Technical Acceptability factor.

| Rating | Definition |
|---|---|
| High | Likely to cause significant disruption of schedule, increased cost, or degradation of performance. Risk may be unacceptable even with special contractor emphasis and close Government monitoring. |
| Moderate | Can potentially cause disruption of schedule, increased cost, or degradation of performance. Special contractor emphasis and close Government monitoring will likely be able to overcome difficulties. |
| Low | Has little potential to cause disruption of schedule, increased cost, or degradation of performance. Normal contractor effort and normal Government monitoring will likely be able to overcome any difficulties. |

C. Performance. The past and present performance assessment will assess the confidence in the offeror's ability (which includes, if applicable, the extent of its critical subcontractors' or teaming partners' involvement) to successfully accomplish the proposed effort based on the offeror's demonstrated present and past work record. The Government will evaluate the offeror's demonstrated record of contract compliance in supplying products and services that meet users' needs, including cost and schedule. The currency and relevancy of the information, the source of the information, context of the data and general trends in the contractor's performance will be considered. The Government will perform an independent determination of relevancy of the data provided or obtained. A relevancy determination of the offeror's present/past performance will be made. The Government is not bound by the offeror's opinion of relevancy. The Government may consider an offeror's contracts in the aggregate in determining relevancy, should the offeror's present and past performance lend itself to this approach. For example, an offeror's work experience on three contracts may, by definition, represent only a semi-relevant effort when each contract is considered as a stand-alone effort. However, when these contracts are performed concurrently (in part or in whole) and are assessed in the aggregate, the work may more accurately reflect a very relevant effort. The following relevancy criteria apply:

VERY RELEVANT: Present and/or past performance programs involving the magnitude of effort and complexities that are ***essentially*** what this solicitation requires. Examples of very relevant present and/or past performance may have involved the design, development, and production of stand alone, enclosed, towable, large aircraft starting systems, air start units, or start carts for flight line use that are air transportable. Such program efforts may have involved the design and production experience of air starting systems that have an output of 50 psia @ 150 Pounds Per Minute (PPM) or greater.

RELEVANT: Present and/or past performance programs involving less magnitude of effort and complexities, including ***most*** of what this solicitation requires. Examples of relevant present and past performance efforts may have involved the design, development, and production of stand alone, enclosed, towable, aircraft starting systems, air start units, or start carts for flight line use that are air transportable. Such program efforts may have involved the design and production experience of air starting systems that have an output of 30 psia @ 120 Pounds Per Minute (PPM) or greater.

SEMI-RELEVANT: Present/past performance programs involving much less magnitude of effort and complexity, including ***some*** of what this solicitation requires.

3.2 Materials. The contractor shall select materials capable of meeting all of the operational and environmental requirements specified herein. The materials specified in MIL-P-11268 are recommended, but are not mandatory. Recovered materials shall be used to the maximum extent possible. Utilization of composite materials to the maximum extent possible without compromising structural integrity or premature failures of materials for the life expectancy of the unit is strongly encouraged.

3.2.1 Insulation Material. The selected insulating material shall be suitable mechanically for its application such that the insulating material will not fail mechanically during its service life by breakage and/or crumbling or any other physical deterioration. The contractor shall provide both mechanical and thermal properties of the selected insulating material substantiated by detailed material specifications.

3.3 Design. The design shall meet the following requirements:

3.3.1 Identification Plate. An identification plate, permanently marked, shall be securely attached to the Large Aircraft Start System (LASS) in a readily accessible location. The identification plate shall contain the following information:

- Nomenclature
- Manufacturer's part number
- Serial number
- Manufacturer's name/cage code
- Date of manufacture
- Contract number
- National stock number
- UID Marking

Add 6 blank lines after this information for the purpose of etching future Time Compliance Technical Orders (TCTOs). Unique Identification (UID) information can be obtained from MIL-STD-130L pg. 9 paragraph 3.35 and pg. 18 paragraph 6.4.1.

3.3.2 Control Panel. The contractor shall place all operating controls and gages on one control panel unless authorized by the government. Users shall have access to make maintenance adjustments to components on control panel.

3.3.3 Instructions. Step by Step Operating instructions for startup/shut down will be mounted either on the control panel door or another suitable location close to the control panel for easy viewing by the operator.

3.3.4 Control Panel Door. Panel doors must cover the control panel and have visibility with easy access for users to monitor gages and operate switches only. The panel door shall be able to be closed to protect instruments from inclement weather along with weather stripping.

3.3.5 Non-Corrosive Enclosure/Materials. Material design is required to reduce the extensive man hours and costs expended resolving corrosion-related issues, i.e., rust, fungus, mildew, pitting, etc. with an objective to utilize composite materials to the maximum extent possible, without compromising structural integrity. Benefits would include extended cart service life, reduction of environmental hazards, and a reduction in cart weight.

- Dissimilar material: Wherever practical, dissimilar metals will not be used in direct contact with each other. Where such conditions cannot be avoided, suitable protection against galvanic corrosion shall be provided.

3.3.6 Maximum Size. The size and weight of the LASS shall be as small as possible while still meeting the performance requirements as specified. Any changes to this unit shall not adversely affect the mobility footprint. The LASS shall be transportable by military cargo aircraft, spring-ride truck or trailer, rail car, and boat or ship, and shall meet the ramp negotiation requirements specified in SAE AS8090 for Type I, Class 2 equipment ground mobility. The LASS shall fit in one pallet position or less with the tow bar attachment in the raised position.

3.3.7 Foolproof design. The LASS shall be designed in a manner which allows the operator and maintainer to perform their task in the most efficient manner. Components shall be designed by shape or by mounting pattern to prevent improper installation.

3.3.8 Foreign Object Damage (FOD). Any metal cap, plug, pin, or plate, requiring removal for inspection, service or operation, shall be retained by wire rope or lanyard chain, so it cannot become separated.

3.3.9 Human Engineering. All system operations, servicing, and maintenance functions shall be configured to be accomplished by a range or personnel from a fifth percentile female to a ninety-fifth percentile male in accordance with human engineering design criteria of J/ISO 3411.

3.3.10 Threaded Fasteners. Threaded fasteners shall include features to prevent the loss of torque, while allowing for disassembly. An assembly torque shall be specified for all threaded fasteners. Internal threads in aluminum shall withstand not less than twenty fastener installation cycles to the specified torque. Adhesive supports for wiring or other components shall not be used.

3.3.11 Permanent Fasteners. Permanently fastened overlapping surfaces shall be sealed. Rivet selection shall be for a minimum joint strength. Rivet heading shall be consistent with published data for a matching application.

3.4 Weight. The weight of the unit shall be evenly distributed from left to right, to allow ease of movement on a flat surface by one person. The maximum gross weight without fluid or fuel shall be as small as possible.

3.5 Mobility. The LASS shall comply with the mobility requirements specified in AS8090 for Type I, Class 2 equipment ground mobility, except that it shall be towable at speeds up to 15 mph, with a 20-foot maximum safe turning radius. Also, each tie down point will have a minimum clear opening of 1-1/2 inches. The unit shall be capable of being configured for air shipment in less than 10 minutes. The user shall be able to reassemble to towing configuration in less than 5 minutes. The contractor shall use MIL-HDBK-1791 section 4.2 for guidance when designing to make unit transportable in Air Force aircraft.

3.6 Performance Characteristics

3.6.1 Flow Regulation. The flow and pressure shall be adjustable through the range of 40 through 60 psia and shall have a minimum rated flow of 186ppm @ 59 psia or better at sea level. This pressure and flow shall be the pressure and flow that are output at the end of the hose and received by the aircraft. Table 1 gives the ground start envelope.

Table 1: Operating envelope corners

| ELEVATION | AMBIENT TEMP (deg F) | REQUIRED FLOWRATE (PPM) |
|---|---|---|
| SEA LEVEL | -40 | 181.5 |
| SEA LEVEL | 130 | 155.5 |
| SEA LEVEL | 90 | 155.5 |
| 7,000 FT | 92.8 | 147.03 |

3.6.2 Battery. The battery type shall be a maintenance free, sealed glassmat recombination design meeting the requirements of (CAGE 30554) drawing 88-20525. The batteries shall have sufficient capacity at -25°F to provide a minimum of two unassisted engine starts. Drawing 88-20525 may be obtained by contacting the PCO/Buyer.

3.6.3 Battery Charge System Voltage. 13.8 – 14.4 VDC for 12 VDC start system or 27.6 – 28.8 VDC for 24 VDC start system.

3.6.4 Battery Charge System Current. The cart shall be equipped with a self-contained battery recharging system. The system shall be of a current charge type and it shall be adequate to recharge the battery during normal discharge to charge cycle within 5 minutes of initial discharge from engine start. The battery recharging system shall, at -25°F, recover from one start in no more than one hour running time, and shall recover from two starts in no more than two hours running time during normal operations. The exploration of solar recharging options is strongly encouraged.

3.6.5 Continuous Operation. The fuel tank shall be designed to provide enough fuel for continuous operations under combination loading for minimum of (4) hours. Combination loading in the previous sentence refers to various loading conditions

on the system with maximum loading as much as practical while keeping the weight of a full fuel tank in mind. The tank shall be equipped with baffles, a replaceable drain, and a fuel indicator. Fuel tanks shall be manufactured to prevent failure from corrosion or fatigue cracking. The cart shall include provisions for purging air out of the fuel system should fuel starvation occur during operation, or following fuel system maintenance. A readily-accessible fuel tank shutoff valve shall be provided to prevent continuous fuel spillage when fuel lines are disconnected. The fuel tank shall be vented to prevent collapsing of tank and fuel starvation to engine.

3.6.6 Cold Start Capability. Unit must be capable of starting in all types of climatic conditions. Unit must comply with the standards of the DEPRD, if a diesel engine is selected. The cart's engine shall have standalone starting and restarting capability at ambient temperatures down to -25°F. At temperatures between 0°F and -25°F, the starting system shall allow the cart to start, and be ready to perform any function in its basic design, within five minutes of operator start initiation. At temperatures above 0°F, the cart shall be ready to perform any function within one minute of operator start initiation. Engine starting aids may not be used unless contained within the cart (i.e., no external power, separate heater, etc.). Utilization of ether as a starting aid is not allowed.

3.6.7 Pulling Force/Rolling Resistance. The towing force required to move the cart from rest on a semi smooth or paved surface will not exceed 75 lbf/ton. The maximum force required by a human to push the cart for a short period of time is 46.65lbf

3.6.8 Service Life. The unit shall be designed to have a minimum service life of 20 years in operational service.

3.6.9 Air Hose. The cart's air delivery hose connects to the aircraft and delivers compressed air for starting the aircraft's turbine engine(s). The hose shall be the standard bleed air hose 30ft. (100ft. availability) long with quick disconnect and lanyard chain. The hose shall be in accordance with MIL-DTL-22706G type III, class I. The performance of the hose shall meet whichever has the greater performance requirements out of this document and MIL-DTL-22706G. Unit shall have a rack or basket to store bleed air hose and will not need to be covered.

3.6.10 Corrosion Prevention. Materials used in the construction/design of housing, trailer, and major components must be corrosion resistant to support worldwide deployment scenarios. Only compatible USAF primers, and paint, shall be used on all painted metal surfaces unless otherwise agreed to by the government. Use MIL-HDBK-808 for guidance on finish and color per FED-STD-595B. The following apply to painting, priming and finishing for support equipment.

1. Finish per MIL-HDBK-808 and color per FED-STD-595.
2. MIL-PRF-85582D may be used in lieu of MIL-PRF-23377H.
3. MIL-PRF-85285D.

3.6.11 Primer Mover. The engine shall be diesel or gas turbine engine. The parameters of cold start, emergency shutdown, cooling, environmental standards, and performance characteristics shall meet the DEPRD specification should a diesel engine be used. The DEPRD is only required if the Diesel Engine is selected. The engine selected shall not provide more than 130 percent of the worst-case power required, refer to Table 2. The engine shall be equipped with a governor system, suitable for the bleed air application, to preclude the need for manual throttle control. An engine manufacturer's certification shall be provided for the engine selected, certifying compatibility or compliance with the fuel, oil, emissions, and other performance requirements specified herein, as applicable.

3.6.12 Interface. The LASS must be able to perform on/interact with the following aircraft: C-17, C-5, C-130, C-9A, C-20, C-137, C-141, E-8, KC-10, KC-135, KC-10, B-1B, B-2, B-52. Tasks shall be done without damage to the LASS or the aircraft. The LASS shall be capable of being operated and maintained on the flight line and in aircraft shelters around aircraft. This aircraft list is complete to best of the author's knowledge and may change at any time.

3.6.13 Treatment. When materials are used in the construction of the LASS that are subject to corrosion in salt air or other atmospheric conditions likely to occur during service usage, they shall be protected against such deterioration in a manner that will in no way prevent compliance with the performance requirements of this document. **The use of any protective coating that will crack, chip, or scale with age or extremes of atmospheric conditions shall be avoided. Protective coating shall comply with FED-STD-595B, semi-gloss green, color 24052. Chemical Agent Resistant Coating (CARC) shall not be used.**

3.6.14 Wheels. Wheels shall be of the pneumatic type that will absorb vibration while the LASS are transported. The wheels will need to be able to transport the LASS while it is in operational and transport mode. The LASS shall have a braking system that shall be hand/foot operated which shall not allow the LASS to move on a slope of 15 degrees.

3.6.15 Cargo Tie Downs and Hoisting Provisions. The LASS shall be designed to be air, land, and sea transportable with four cargo tie downs for LASS retention. Each cargo tie down shall have a minimum operating load capability of twice the weight of the LASS. Guidance can be found in MIL-HDBK-1791 starting in section 4.2.3.1.

3.6.16 Oil. The engine and the cart components requiring lubrication shall use one or more lubricants conforming to the following specifications: MIL-L-2104, MIL-L-7808, MIL-PRF-10924G, and MIL-L-23699.

DIRECTORATE OF SUPPORT EQUIPMENT AND VEHICLE MANAGEMENT

PURCHASE DESCRIPTION

LARGE AIRCRAFT START SYSTEM (LASS)

# Section 1 Scope

## 1.1 Scope

The LASS is a four-wheeled, towable vehicle consisting of an enclosure assembly, fuel system, electrical system, lubrication system, frame and running gear and air delivery system. The compressor is intended to be used in furnishing pneumatic power for ground support of aircraft systems. Its primary mission is to start engines for a variety of aircraft. Throughout this Purchase Description, the term front refers to the tow bar end of the cart, with the rear being the pintle assembly end. The right and left sides are determined by standing at the rear of the cart and facing toward the front. All units shall have identical configuration.

# Section 2 Applicable Documents

## 2.1 General Paragraph

The documents listed in this section are specified in sections 3 and 4 of this specification. This section does not include documents in other sections of this specification or recommended for additional information or as examples. While every effort has been made to ensure the completeness of this list, document users are cautioned that they must meet all specified requirements documents cited in sections 3 and 4 of this specification, whether or not they are listed in this section.

## 2.2 Government Documents

2.2.1 Specifications, standards, and handbook. The following specifications, standards, and handbooks form a part of this document to the extent specified herein. Unless otherwise specified, the issues of these documents are those listed in the issue of the Department of Defense Index of Specifications and Standards (DoDISS) and supplement thereto, cited in the solicitation (see 6.2).

**Standards**

**Federal**

FED-STD-595B, 12/15/1989 - Color used in Government Procurement



Distribution Statement A: Approved for public release; distribution is unlimited. 

**Furlough Nicole R Civ 642 CBSSS/GBZO-PKBB**

| | |
|---|---|
| **From:** | Furlough Nicole R Civ 642 CBSSS/GBZO-PKBB |
| **Sent:** | Tuesday, July 11, 2006 6:02 PM |
| **To:** | 'jerry.walters@hs.utc.com'; 'Fields, Allen A HS' |
| **Cc:** | 'stephanie.garcia@hs.utc.com' |
| **Subject:** | FA8518-05-R-75369 |
| **Attachments:** | LASS Hamilton Sundstrand Letter.pdf |

The Government has concluded its review of the proposals in response to RFP FA8518-05-R-75369 for the Large Aircraft Start System. The final determination regarding Hamilton Sundstrand's proposal is addressed in the attached letter. Please know how much the Support Equipment and Vehicles Group at Robins AFB appreciates your participation in this procurement action. If you have any questions or concerns, please feel free to contact me.
Thank you for your interest,

LASS Hamilton Sundstrand Lette...

Nicole Furlough
Contracting Officer
642 CBSSS/GBZO-PKBB
Robins AFB, GA
478-222-1954
fax 478-222-1854
Nicole.Furlough@robins.af.mil

PROTECTED INFORMATION

2. As a result of the LASS Team's review of Hamilton Sundstrand's proposal dated 12 December 2005, as well as its responses to the Evaluation Notices issued by the Contracting Office to all offerors during discussions, the following determinations are applicable. The instructions as well as the standards for each evaluation criterion are identified below and are shown verbatim from the RFP. They are followed by the evaluation assessments and determinations.

**Subfactor One, Part (a): Enclosure Design**

Evaluation Instruction:

The proposal shall include a detailed narrative description of the chassis design and shall identify the position and elevation and have a layout of all major system components, including the engine, the compressor, the battery recharge device, and the battery. The narrative shall explain how the system complies with section 3.3 and 3.4 and any of the subsections contained within those sections of PD04WRLEEG21. A legend and a description of all components shall be included.

Evaluation Standard:

The standard for this part of Subfactor 1 is met when the offeror demonstrates a sound and feasible methodology of how the proposed configuration complies with the requirements of paragraph 3.3 and section 3.4 and all the subsections of these sections of PD04WRLEEG21, and the configuration demonstration includes an acceptable narrative description of the chassis design and elevation layouts with major components identified.

**Subfactor One, Part (b): Air Flow System Design/Operation**

Evaluation Instruction:

The proposal shall include a detailed narrative description of the air flow system including the components and the control of flow and pressure through the full range of adjustment. It also shall include a flow diagram with the significant components identified and give a description of the operation and safety controls and how the air flow system design/operation complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21.

Evaluation Standard:

The standard for this Part (b) of Subfactor 1 is met when the offeror demonstrates in acceptable and detailed methodology how the proposed configuration complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21. A technically acceptable proposal for Part (b) includes an acceptable flow diagram, with the significant components identified, and a comprehensive and accurate description of operational and safety controls.

**Subfactor One, Part (c): Mobility**

Evaluation Instructions:

The proposal shall include a detailed narrative description of how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21. The proposal shall include a flow diagram with controls and significant components identified, and a description of operational and safety controls.

Evaluation Standard:

The standard for Part (c) of Subfactor 1 is met when the offeror demonstrates how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21, and such demonstration includes an acceptable flow diagram with controls and significant components identified, and a comprehensive and accurate description of operational and safety controls.

***Large Aircraft Starting System***
***RFP FA8518-05-R-75369***
**EVALUATION NOTICE NO. T-HS-7**

**OFFEROR** Hamilton Sundstrand Power Systems (HSPS)

_____ **FAR 15.306(a), Clarification**
_____ **FAR 15.306(b), Communication**
__X__ **FAR 15.306(d), Discussions**
__X__ **Deficiency**

**RFP REFERENCE:**
RFP provision "Evaluation Basis For Award"

***Large Aircraft Starting System***
***RFP FA8518-05-R-75369***
**EVALUATION NOTICE NO. T-HS-8**

**OFFEROR** Hamilton Sundstrand Power Systems (HSPS)

_____ **FAR 15.306(a), Clarification**
_____ **FAR 15.306(b), Communication**
__X__ **FAR 15.306(d), Discussions**
_____ **Deficiency**

**RFP REFERENCE:**
RFP provision "Evaluation Basis For Award"

PROTECTED INFORMATION

***Large Aircraft Starting System***
***RFP FA8518-05-R-75369***
**EVALUATION NOTICE NO. T-HS-11**

**OFFEROR** Hamilton Sundstrand Power Systems (HSPS)

_____ **FAR 15.306(a), Clarification**
_____ **FAR 15.306(b), Communication**
__X__ **FAR 15.306(d), Discussions**
__X__ **Deficiency**

**RFP REFERENCE:**
RFP provision "Instructions to Offerors – Proposal Requirements" and "Evaluation Basis For Award"

SOURCE SELECTION INFORMATION, SEE FAR 3.104
FOR OFFICIAL USE ONLY