***Large Aircraft Starting System***
***RFP FA8518-05-R-75369***
**EVALUATION NOTICE NO. T-HS-13**

**OFFEROR** Hamilton Sundstrand Power Systems (HSPS)

_____ **FAR 15.306(a), Clarification**
_____ **FAR 15.306(b), Communication**
__X__ **FAR 15.306(d), Discussions**
_____ **Deficiency**

**RFP REFERENCE:**
RFP provision "Instructions to Offerors – Proposal Requirements" and "Evaluation Basis For Award"

*Large Aircraft Starting System*
*RFP FA8518-05-R-75369*
**EVALUATION NOTICE NO. T-HS-14**

**OFFEROR** Hamilton Sundstrand Power Systems (HSPS)

_____ **FAR 15.306(a), Clarification**
_____ **FAR 15.306(b), Communication**
_X_ **FAR 15.306(d), Discussions**
_X_ **Deficiency**

**RFP REFERENCE:**
RFP provision "Instructions to Offerors – Proposal Requirements" and "Evaluation Basis For Award"

*Large Aircraft Starting System*
*RFP FA8518-05-R-75369*
**EVALUATION NOTICE NO. T-HS-2**

**OFFEROR** Hamilton Sundstrand Power Systems (HSPS)

_____ **FAR 15.306(a), Clarification**
_____ **FAR 15.306(b), Communication**
__X__ **FAR 15.306(d), Discussions**
__X__ **Deficiency**

**RFP REFERENCE:**
RFP provision "Instructions to Offerors – Proposal Requirements" and "Evaluation Basis For Award"



Hamilton Sundstrand Proprietary.
Use or disclosure of proposal is subject to the restriction on the Title page of this proposal modification.

SOURCE SELECTION INFORMATION, SEE FAR 3.104
FOR OFFICIAL USE ONLY

**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS WARNER ROBINS AIR LOGISTICS CENTER (AFMC)
ROBINS AIR FORCE BASE GEORGIA

17 February 2006

MEMORANDUM FOR HAMILTON SUNDSTRAND POWER SYSTEMS
4400 RUFFIN ROAD PO BOX 85757
SAN DIEGO, CA 92186-5757
ATTN: KENNETH MARTIN

FROM: 542 SEVSG/GBZO-PKBB
380 RICHARD RAY BLVD, SUITE 104
ROBINS AFB, GA 31098

SUBJECT: Request for Proposal (RFP) FA8518-05-R-75369

1. Pursuant to FAR 15.306(d), discussions are hereby opened on subject Request for Proposal. Offerors are permitted to provide revisions to either alter and/or clarify their proposals. The Government has reviewed HSPS's proposal dated 12 December 2005 that was submitted in response to the subject RFP. The Evaluation Notices (ENs) generated from the review are attached. HSPS is requested to review the ENs and provide detailed and complete responses either directly on the EN form itself or via replacement page(s) to its proposal.

2. Offerors are reminded that this acquisition utilizes the Technically Acceptable-Risk/Performance/Price Tradeoff (TA-RPPT) source selection procedure to make an integrated assessment for a best value award decision. Offerors are reminded that this is not a formal source selection as described in AFFARS 5315.3 and Mandatory Procedures MP5315.3. A decision on the technical acceptability of each offeror's proposal will be made. For those offerors who are determined to be technically acceptable, tradeoffs will be made between proposal risk, past and present performance and price. Proposal risk and past and present performance are of equal importance, and when combined, are considered significantly more important than price. While the Government will strive for maximum objectivity, the tradeoff process, by its nature, is subjective; therefore, professional judgment is implicit throughout the selection process. Award will be made to the one responsible offeror whose proposal conforms to all solicitation requirements, such as terms and conditions, representations and certifications, technical requirements, and also provides the best value to the Government based on the results of the evaluation described in the RFP provision "Evaluation Basis for Award."

3. In accordance with FAR 15.307(b), notification will be given when discussions are closed and all offerors will be afforded an opportunity to submit final proposal revisions.

PROTECTED INFORMATION

Power Systems

Hamilton Su

A United Technologies

**RFP Response No. 2005-615**
**USAF RFP No. FA8518-05-R-75369-0005**



*For The*
***USAF***
***LASS***
***Program***

***VOLUME I***

***RFP***

*To The*
**U.S. Air Force**
**Warner Robins AFB,**
**Georgia**

**ber 14, 200**

Power Syst

Hamilton

A United Technologie

RFP Response No. 2005-515

USAF RFP No. FA8518-05-R-75369-0005



*For The*

***USAF***

***LASS***

***Program***

***VOLUME II***

*Technical*

*To The*

**U.S. Air Force**

**Warner Robins AFB, Georgia**

**ber 14, 2005**

**RFP Response No. HSPS 2005-615**
**USAF RFP No. FA8518-05-R-75369-0005**

**Volume II—Technical**

**For the**

# USAF LASS Program

**To**

# U.S. Air Force Warner Robins AFB, Georgia

**by**



## Hamilton Sundstrand Power Systems

**4400 Ruffin Road**
**San Diego, California 92123**



*Proprietary Notice and Restrictions*

*This document contains information, which is confidential and proprietary to Hamilton Sundstrand. As a condition of and as consideration for receiving this document, the recipient agrees that this document and the information contained therein shall not be disclosed outside the recipient or duplicated or used for any purpose other than proposal/quotation or product performance/conformance evaluation without Hamilton Sundstrand's prior written consent. The information subject to this restriction is contained on all pages referring to this notice.*


**December 14, 2005**

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.