**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

Case 1:06-cv-00874-EGB Document 19-4 Filed 01/23/2007 Page 14 of 20
PROTECTED INFORMATION





**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

Case 1:06-cv-00874-EGS Document 19-4 Filed 01/23/2007 Page 17 of 20
PROTECTED INFORMATION




**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

**Source Selection Information – See FAR 3.104 – For Official Use Only**
Hamilton Sundstrand Proprietary.
Use or disclosure of proposal data is subject to the restriction on the Title page of this proposal.

*Large Aircraft Starting System*
*RFP FA8518-05-R-75369*
**EVALUATION NOTICE NO. T-S-8**

PROTECTED INFORMATION

**OFFEROR** Science & Engineering Services, Inc.

_____ **FAR 15.306(a), Clarification**
_____ **FAR 15.306(b), Communication**
__X__ **FAR 15.306(d), Discussions**
__X__ **Deficiency**

**RFP REFERENCE:**
RFP provision "Instructions to Offerors – Proposal Requirements" and "Evaluation Basis For Award"

# DEPARTMENT OF THE AIR FORCE
HEADQUARTERS WARNER ROBINS AIR LOGISTICS CENTER (AFMC)
ROBINS AIR FORCE BASE GEORGIA

17 February 2006

MEMORANDUM FOR SCIENCE AND ENGINEERING SERVICES, INC
4015 PULASKI PIKE, N.W.
HUNTSVILLE, AL 35810
ATTN: RUSSELL CHUNN

FROM: 542 SEVSG/GBZO-PKBB
380 RICHARD RAY BLVD, SUITE 104
ROBINS AFB, GA 31098

SUBJECT: Request for Proposal (RFP) FA8518-05-R-75369

1. Pursuant to FAR 15.306(d), discussions are hereby opened on subject Request for Proposal. Offerors are permitted to provide revisions to either alter and/or clarify their proposals. The Government has reviewed SESI's proposal dated 11 December 2005 that was submitted in response to the subject RFP. The Evaluation Notices (ENs) generated from the review are attached. SESI is requested to review the ENs and provide detailed and complete responses either directly on the EN form itself or via replacement page(s) to its proposal.

2. Offerors are reminded that this acquisition utilizes the Technically Acceptable-Risk/Performance/Price Tradeoff (TA-RPPT) source selection procedure to make an integrated assessment for a best value award decision. Offerors are reminded that this is not a formal source selection as described in AFFARS 5315.3 and Mandatory Procedures MP5315.3. A decision on the technical acceptability of each offeror's proposal will be made. For those offerors who are determined to be technically acceptable, tradeoffs will be made between proposal risk, past and present performance and price. Proposal risk and past and present performance are of equal importance, and when combined, are considered significantly more important than price. While the Government will strive for maximum objectivity, the tradeoff process, by its nature, is subjective; therefore, professional judgment is implicit throughout the selection process. Award will be made to the one responsible offeror whose proposal conforms to all solicitation requirements, such as terms and conditions, representations and certifications, technical requirements, and also provides the best value to the Government based on the results of the evaluation described in the RFP provision "Evaluation Basis for Award."

3. In accordance with FAR 15.307(b), notification will be given when discussions are closed and all offerors will be afforded an opportunity to submit final proposal revisions.