SES

4015 PULASKI PIKE, N.W.
HUNTSVILLE, ALABAMA 35810
TEL.: 256/858-0106
FAX:256/858-0183

14 December 2005

HEADQUARTERS
WARNER ROBINS AIR LOGISTICS CENTER (AFMC)
DIRECTORATE OF CONTRACTING
WR-ALC LEKS
380 Richard Ray Blvd, Ste 104
ROBINS AFB GA 31098-1640

SUBJECT: Cover Letter for Science and Engineering Services Proposal for the Large Aircraft Start System (LASS) Request for Proposal FA8518-05-R-75369 Rev 1.

Dear Sir or Ma'am,

We look forward to working with the Air Force Air Logistics Command on this effort. Our point of contact for this proposal is Richard Savage at 270.351.2035 and rsavage@sesi-ky.com.

Sincerely,

Russell Chunn
Executive Vice President
Science and Engineering Services, Inc.

ISO 9001 / AS 9000
CERTIFIED
EAGLE
REGISTRATIONS INC.
ACCREDITED
BY THE RvA

SES

# 1. INTRODUCTION

SES

## 2. GENERAL SYSTEM DESCRIPTION.

SES

PROTECTED INFORMATION

SES

SES

SES

SES

SES

SES

SES

SES

SES

SES

SES

SES

**Table 5.5.1 The SESI LASS Meets the Air Flow Design and Operation Requirements**