SES

SES

SES

**REQUEST FOR PROPOSAL (RFP) FA8518-05-R-75369**

**COMPETITIVE RANGE DETERMINATION**

Based on the final evaluation of the technical proposals and responses to evaluation notices submitted by Hamilton Sundstrand and Trilectron, both proposals have been determined to be technically unacceptable. The final Technical Evaluation Report in the official contract file sets forth the supporting documentation for the determination. Therefore, based on the evaluation criteria set forth in the RFP in the "Evaluation Basis for Award" provision, the proposals cannot be considered for award. Letters to these unsuccessful offerors have been filed with their individual proposals.

The competitive range for this RFP will consist of BAE, HoveCo, and SESI. Final proposal revision requests will be issued to these three offerors.

Lauren Farrell
LAUREN FARRELL
Contracting Officer
Source Selection Authority
10 July 2006

Based on the information presented in this document as well as all the supporting material also referenced herein, the undersigned finds that the information contained in the protester's document has been shown to be without merit and respectfully denies it in its entirety. The Government did not err in the evaluation of the protester's proposal. The Government correctly evaluated the proposals and adhered to the evaluation criteria set forth in the RFP.

Digitally signed by: COLE.SUZANNE.W.1229929093
Date: D:20060825132401-05'00'

SUZANNE W. COLE
Major Programs Contracting, Chief
642 CBSSS/GBZO-PKBB
25 AUG 2006

**Power Systems**

**Hamilton Sundstrand**
A United Technologies Company

4400 Ruffin Road
P.O. Box 85757
San Diego, CA 92186-5757 USA

July 20, 2006

Department of the Air Force
Headquarters 542d Combat Sustainment Wing (AFMC)
642 CBSSS/GBZO-PKBB
380 Richard Ray Blvd., Suite 104
Robins AFB GA 31098-1640

ATTN: Lauren Farrell
Contracting Officer

SUBJECT: Bid Protest
Request for Proposal (RFP) # FA8518-05-R-75369
Large Aircraft Start System (LASS)

ENCLOSURES: Encl 1 Annotated Letter From USAF Dated 7-11-06
Encl 2 HSPS Response Matrix

Dear Ms. Farrell:

Reference is made to your letters dated July 11, 2006 and July 18, 2006 respectively advising Hamilton Sundstrand Power Systems (HSPS) of its elimination from the competitive range for the LASS and denying HSPS's request for a debriefing.

Please be advised that HSPS hereby submits an agency procurement protest pursuant to FAR Part 33.103 protesting its elimination from the competitive range based on the grounds described in your letter dated July 11, 2006.

(1) Protester: Hamilton Sundstrand Corporation, Hamilton Sundstrand Power Systems, 4400 Ruffin Road, San Diego, California 92186-5757
Kenneth D. Martin - Telephone 858-627-6996 - FAX 860-660-1574
Allen A. Fields - Telephone 858-627-6804 - FAX - 858-627-6924

(2) Solicitation Number: RFP # FA8518-05-R-75369

(3) Grounds for the Protest: RFP # FA8518-05-R-75369 was issued by the United States Air Force (USAF) 542d Combat Sustainment Wing, Robins Air Force Base, Georgia on

# DEPARTMENT OF THE AIR FORCE

HEADQUARTERS WARNER ROBINS AIR LOGISTICS CENTER (AFMC)
ROBINS AIR FORCE BASE GEORGIA

17 February 2006

MEMORANDUM FOR BAE SYSTEMS
1930 SOUTH VINEYARD AVE.
ONTARIO, CA 91761-5000
ATTN: KENNETH McCULLERS

FROM: 542 SEVSG/GBZO-PKBB
380 RICHARD RAY BLVD, SUITE 104
ROBINS AFB, GA 31098

SUBJECT: Request for Proposal (RFP) FA8518-05-R-75369

1. Pursuant to FAR 15.306(d), discussions are hereby opened on subject Request for Proposal. Offerors are permitted to provide revisions to either alter and/or clarify their proposals. The Government has reviewed BAE's proposal dated 12 December 2005 that was submitted in response to the subject RFP. The Evaluation Notices (ENs) generated from the review are attached. BAE is requested to review the ENs and provide detailed and complete responses either directly on the EN form itself or via replacement page(s) to its proposal.

2. Offerors are reminded that this acquisition utilizes the Technically Acceptable-Risk/Performance/Price Tradeoff (TA-RPPT) source selection procedure to make an integrated assessment for a best value award decision. Offerors are reminded that this is not a formal source selection as described in AFFARS 5315.3 and Mandatory Procedures MP5315.3. A decision on the technical acceptability of each offeror's proposal will be made. For those offerors who are determined to be technically acceptable, tradeoffs will be made between proposal risk, past and present performance and price. Proposal risk and past and present performance are of equal importance, and when combined, are considered significantly more important than price. While the Government will strive for maximum objectivity, the tradeoff process, by its nature, is subjective; therefore, professional judgment is implicit throughout the selection process. Award will be made to the one responsible offeror whose proposal conforms to all solicitation requirements, such as terms and conditions, representations and certifications, technical requirements, and also provides the best value to the Government based on the results of the evaluation described in the RFP provision "Evaluation Basis for Award."

3. In accordance with FAR 15.307(b), notification will be given when discussions are closed and all offerors will be afforded an opportunity to submit final proposal revisions.

BAE SYSTEMS

PROTECTED INFORMATION

December 14, 2005

542 SEVSG/GBZO-PKBB
Attention: Nicole Furlough – Buyer
380 Richard Ray Blvd, Suite 104
Robins AFB, GA 31098-1638

Subject: Large Aircraft Start System – Firm Fixed Price Proposal

Reference: Solicitation Number – FA8518-05-R-75369 REV1

Dear Ms. Furlough:

1930 South Vineyard Avenue, P.O. Box 50,000, Ontario, CA 91761-5000
Telephone (909) 947-7600 or (323) 298-6300
In response please refer to RS301523 JML 12142005

PROTECTED INFORMATION

***Large Aircraft Starting System***
***RFP FA8518-05-R-75369***
**EVALUATION NOTICE NO. T-HC-8**

**OFFEROR** HoveCo

_____ **FAR 15.306(a), Clarification**
_____ **FAR 15.306(b), Communication**

__X__ **FAR 15.306(d), Discussions**
__X__ **Deficiency**

**RFP REFERENCE:**
RFP provision "Instructions to Offerors – Proposal Requirements" and "Evaluation Basis For Award"



SOURCE SELECTION INFORMATION, SEE FAR 3.104
FOR OFFICIAL USE ONLY

***Large Aircraft Starting System***
***RFP FA8518-05-R-75369***
**EVALUATION NOTICE NO. T-HC-2**

**OFFEROR** HoveCo

_____ **FAR 15.306(a), Clarification**
_____ **FAR 15.306(b), Communication**
__X__ **FAR 15.306(d), Discussions**
_____ **Deficiency**

**RFP REFERENCE:**
RFP provision "Instructions to Offerors – Proposal Requirements" and "Evaluation Basis For Award"

**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS WARNER ROBINS AIR LOGISTICS CENTER (AFMC)
ROBINS AIR FORCE BASE GEORGIA

17 February 2006

MEMORANDUM FOR HOVECO
6300 RIDGLEA PLACE, SUITE 914
FORT WORTH, TX 76116
ATTN: LARRY HOVE

FROM: 542 SEVSG/GBZO-PKBB
380 RICHARD RAY BLVD, SUITE 104
ROBINS AFB, GA 31098

SUBJECT: Request for Proposal (RFP) FA8518-05-R-75369

1. Pursuant to FAR 15.306(d), discussions are hereby opened on subject Request for Proposal. Offerors are permitted to provide revisions to either alter and/or clarify their proposals. The Government has reviewed HoveCo's proposal dated 13 December 2005 that was submitted in response to the subject RFP. The Evaluation Notices (ENs) generated from the review are attached. HoveCo is requested to review the ENs and provide detailed and complete responses either directly on the EN form itself or via replacement page(s) to its proposal.

2. Offerors are reminded that this acquisition utilizes the Technically Acceptable-Risk/Performance/Price Tradeoff (TA-RPPT) source selection procedure to make an integrated assessment for a best value award decision. Offerors are reminded that this is not a formal source selection as described in AFFARS 5315.3 and Mandatory Procedures MP5315.3. A decision on the technical acceptability of each offeror's proposal will be made. For those offerors who are determined to be technically acceptable, tradeoffs will be made between proposal risk, past and present performance and price. Proposal risk and past and present performance are of equal importance, and when combined, are considered significantly more important than price. While the Government will strive for maximum objectivity, the tradeoff process, by its nature, is subjective; therefore, professional judgment is implicit throughout the selection process. Award will be made to the one responsible offeror whose proposal conforms to all solicitation requirements, such as terms and conditions, representations and certifications, technical requirements, and also provides the best value to the Government based on the results of the evaluation described in the RFP provision "Evaluation Basis for Award."

3. In accordance with FAR 15.307(b), notification will be given when discussions are closed and all offerors will be afforded an opportunity to submit final proposal revisions.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE | Page 1

2. AMENDMENT/MODIFICATION NO: FA8518-05-R-75369-0005
3. EFFECTIVE DATE: 28 OCT 2005
4. REQUISITION/PURCHASE REQ. NO.
5. PROJECT NO (If applicable)

6. ISSUED BY — CODE FA8533

642 SEVSG/GBZO-PKBB, 478 222 1912
380 RICHARD RAY BLVD, SUITE 104
ROBINS AFB GA 31098-1638
BUYER: Nicole R Furlough/GBZO-PKBB
Nicole.Furlough@robins.af.mil
Phone: (478) 222-1947 Fax: (478) 222-1854 No Collect Calls

7. ADMINISTERED BY (If other than Item 6) — CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

HoveCo
6300 Riglea Place, Suite 914
Fort Worth, TX 76116

817-239-0245

CODE | FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO: FA851805R75369
9B. DATED (SEE ITEM 11): 20-JUN-2005
10A. MODIFICATION OF CONTRACT/ORDER NO.
10B. DATED (SEE ITEM 13)

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified. 14-DEC-2005 4:00 PM

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Larry E Hove Owner

15B. CONTRACTOR/OFFEROR — BY (Signature of person authorized to sign)

15C. DATE SIGNED: 12/14/05

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

16B. UNITED STATES OF AMERICA — BY (Signature of Contracting Officer)

16C. DATE SIGNED

NSN 7540-01-152-8070 PREVIOUS EDITION UNUSABLE 30-105 STANDARD FORM 30 (REV. 10-83) PRESCRIBED BY GSA FAR (48 CFR) 53.243