PROTECTED INFORMATION



SOURCE SELECTION INFORMATION – See FAR 3.104
SOURCE SELECTION SENSITIVE – FOR OFFICIAL USE ONLY

HoveCo

PROTECTED
INFORMATION

**Offeror: Hamilton Sundstrand (HSPS)**

**PART (a): ENCLOSURE DESIGN.**

Evaluation Instructions:
**Part (a) Enclosure Design**. The proposal shall include a detailed narrative description of the chassis design and shall identify the position and elevation and have a layout of all major system components, including the engine, the compressor, the battery recharge device, and the battery. The narrative shall explain how the system complies with section 3.3 and 3.4 and any of the subsections contained within those sections of PD04WRLEEG21. A legend and a description of all components shall be included.

Evaluation Standard:
**Part (a):** The standard for this part of Subfactor 1 is met when the offeror demonstrates a sound and feasible methodology of how the proposed configuration complies with the requirements of paragraph 3.3 and section 3.4 and all the subsections of these sections of PD04WRLEEG21, and the configuration demonstration includes an acceptable narrative description of the chassis design and elevation layouts with major components identified.

**PART (c): MOBILITY.**

Evaluation Instructions:
**Part (c): Mobility.** The proposal shall include a detailed narrative description of how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21. The proposal shall include a flow diagram with controls and significant components identified, and a description of operational and safety controls.

Evaluation Standard:
**Part (c): Mobility.** The standard for Part (c) of Subfactor 1 is met when the offeror demonstrates how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21, and such demonstration includes an acceptable flow diagram with controls and significant components identified, and a comprehensive and accurate description of operational and safety controls.

**Offeror: Hove Co.**

**PART (a): ENCLOSURE DESIGN.**

Evaluation Instructions:
**Part (a) Enclosure Design**. The proposal shall include a detailed narrative description of the chassis design and shall identify the position and elevation and have a layout of all major system components, including the engine, the compressor, the battery recharge device, and the battery. The narrative shall explain how the system complies with section 3.3 and 3.4 and any of the subsections contained within those sections of PD04WRLEEG21. A legend and a description of all components shall be included.

Evaluation Standard:
**Part (a):** The standard for this part of Subfactor 1 is met when the offeror demonstrates a sound and feasible methodology of how the proposed configuration complies with the requirements of paragraph 3.3 and section 3.4 and all the subsections of these sections of PD04WRLEEG21, and the configuration demonstration includes an acceptable narrative description of the chassis design and elevation layouts with major components identified.

**Proposal for Subfactor One, Part (a):**

**Proposal for Subfactor One, Part (b):**

**PART (c): MOBILITY.**

Evaluation Instructions:
**Part (c): Mobility.** The proposal shall include a detailed narrative description of how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21. The proposal shall include a flow diagram with controls and significant components identified, and a description of operational and safety controls.

Evaluation Standard:
**Part (c): Mobility.** The standard for Part (c) of Subfactor 1 is met when the offeror demonstrates how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21, and such demonstration includes an acceptable flow diagram with controls and significant components identified, and a comprehensive and accurate description of operational and safety controls.

**Proposal for Subfactor One, Part (c):**

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

| | | | | |
|---|---|---|---|---|
| 1. REQUISITION NUMBER FD20600575369 | | | | Page 1 |
| 2. CONTRACT NO. FA8533-06-D-0007 | 3. AWARD/EFFECTIVE DATE 28 AUG 2006 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER FA851805R75369 | 6. SOLICITATION ISSUE DATE |
| 7. FOR SOLICITATION INFORMATION CALL | a. NAME Nicole R Furlough | | b. TELEPHONE NUMBER (No collect calls) (478 ) 222 -1954 ext. | 8. OFFER DUE DATE/LOCAL TIME |

9. ISSUED BY CODE FA8533
**642 CBSSS GBZO PKBB, CML PHN 478 222 1902**
**380 Richard Ray Blvd Suite 104**
**ROBINS AFB GA 31098-1861**
**BUYER:** Nicole R Furlough/GBZO-PKBB
Nicole.Furlough@robins.af.mil
Phone: (478) 222- 1954 Fax: (478) 222-1854 No Collect Calls

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUS
[ ]
NAICS CODE: **336413**
SIZE STD: **1,000**

11. DELIVERY FOR FOB DEST. UNLESS BLOCK IS MARKED
[ ] **SEE SCHEDULE**

12. DISCOUNT TERMS
**NET 30 DAYS**

[X] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING
**DO: A1**

14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO CODE

**SEE LINE ITEM SCHEDULE**

16. ADMINISTERED BY CODE **S0107A**
**DCMA HUNTSVILLE**
**256-313-0653**
**BUILDING 4505, SUITE 301**
**MARTIN ROAD**
**REDSTONE ARSENAL AL 35898-0001**
**DCMAHUNTSVILLE@DCMA.MIL**
**SCD:B**

17a. CONTRACTOR/OFFEROR CODE **08DD2** FACILITY CODE
**SCIENCE AND ENGINEERING SERVICES IN**
**DBA: SES**
4015 Pulaski Pike NW
Huntsville AL 35810-0190
USA

18a. PAYMENT WILL BE MADE BY CODE **HQ0338**
**(SEE ESP CLAUSE 252.232-7003.)**
**DFAS-COLUMBUS CENTER**
**SOUTH ENTITLEMENT OPERATIONS**
**P O BOX 182264**
**1-800-756-4571**
**COLUMBUS OH 43218-2264**
**EFT:T**

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

[X] 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED. **SEE ELECTRONIC SUBMISSION OF PAYMENT REQUESTS, CLAUSE 252.232-7003.**

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|

**.s contract is for USAF and FMS requirements.**

**Warranty Item**

**All Contract Line Item Numbers (CLINs) are hereby awarded. Options I - III and corresponding CLINs are hereby awarded but not yet exercised. An option can be exercised on or before the last day of the current ordering period.**

**<u>CONTRACT PERIODS OF PERFORMANCE</u>:**

| | |
|---|---|
| **Basic Contract Period** | **28 August 2006 through 27 August 2008** |
| **Option I** | **28 August 2008 through 27 August 2009** |
| **Option II** | **28 August 2009 through 27 August 2010** |
| **Option III** | **28 August 2010 through 27 August 2011** |

**SEE LINE ITEM SCHEDULE**
(Attach Additional Sheets as Necessary)

**Estimated**

25. ACCOUNTING AND APPROPRIATION DATA **SEE FUNDS SCHEDULE**

26. AWARD AMOUNT (For Gov't use only) **$ 19,521,801.00**

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED.

[X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED.

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REF. OFFER DATED - - . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*
Patricia Lauren Farrell
Digitally signed by FARRELL.PATRICIA.L

| 30b. NAME AND TITLE OF SIGNER (Type or print) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (Type or print) | 31c. DATE SIGNED |
|---|---|---|---|
| | | **Patricia L. Farrell** **Lauren.Farrell@robins.af.mil** | **28 AUG 2006** |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 4/2002)
Prescribed by GSA - FAR (48 CFR) 53.212

CPD ¶ 158 at 4. Accordingly, an agency cannot reasonably exclude a proposal from the competitive range where the strengths and weaknesses found in that proposal are similar to those found in proposals in the competitive range. Nations, Inc., B-280048, Aug. 24, 1998, 99-2 CPD ¶ 94 at 4-5. This means that an agency may not reasonably exclude a proposal from the competitive range on the basis of informational deficiencies where proposals included in the competitive range contained informational deficiencies similar in magnitude.

It does not mean, however, that an agency may not reasonably exclude a proposal that contains significant informational deficiencies from a competitive range, while retaining in the competitive range proposals with informational deficiencies of lesser magnitude. In this connection, since inclusion in or exclusion from the competitive range is based on evaluation of the overall proposal and not on a single deficiency, the fact that other offerors' proposals may have deficiencies similar to the protester's, but were not excluded from the competitive range, does not, in and of itself, demonstrate unequal treatment. NCLN20, Inc., B-287692, July 25, 2001, 2001 CPD ¶ 136 at 5 n.4. Here, while the protester asserts that the proposals of SESI and HoveCo (another offeror included in the competitive range) contained informational deficiencies, it has not demonstrated that the alleged informational deficiencies were comparable in overall significance to the informational deficiencies in its own proposal.[7]

The protest is denied.

Gary L. Kepplinger
General Counsel

---

[7] Significantly, the protester conceded in response to Evaluation Notice No. T-HS-14
AR, Tab 5.
This is a clear basis to discriminate between the proposals of the protester and the two offerors whose proposals were included in the competitive range.

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NUMBER: FD20600674050 — Page 1

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| FA8533-06-D-0007 | 2006 DEC 27 | FA8533-06-D-0007-0001 | | |

| 7. FOR SOLICITATION INFORMATION CALL | a. NAME | b. TELEPHONE NUMBER (No collect calls) | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|
| | Jennifer S. Cook | (478 ) 222 -1610 | |

**9. ISSUED BY** CODE **FA8533**
**642 CBSSS GBZO PKAB, CML PHN 478 222 1610**
**460 Richard Ray Blvd, Suite 200**
**Robins AFB GA 31098-1813**
**BUYER:** Jennifer S. Cook/PKAB
Jennifer.Cook@robins.af.mil
Phone: (478) 222- 1610 Fax: (478) 222-1854 No Collect Calls

10. THIS ACQUISITION IS
☐ UNRESTRICTED
☐ SET ASIDE: % FOR
☐ SMALL BUSINESS
☐ HUBZONE SMALL BUS
☐
NAICS CODE: **336413**
SIZE STD: **1,000**

11. DELIVERY FOR FOB DEST. UNLESS BLOCK IS MARKED
☐ **SEE SCHEDULE**

12. DISCOUNT TERMS
**NET 30 DAYS**

☒ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING
**DO: A1 52.211-14, 52.211-15**

14. METHOD OF SOLICITATION
☐ RFQ ☐ IFB ☐ RFP

15. DELIVER TO CODE

## SEE LINE ITEM SCHEDULE

16. ADMINISTERED BY CODE **S0107A**
**DCMA HUNTSVILLE**
**256-313-0653**
**BUILDING 4505, SUITE 301**
**MARTIN ROAD**
**REDSTONE ARSENAL AL 35898-0001**
**DCMAHUNTSVILLE@DCMA.MIL**
**SCD:B**

17a. CONTRACTOR/OFFEROR CODE **08DD2** FACILITY CODE
**SCIENCE AND ENGINEERING SERVICES IN**
**DBA:** SES
4015 Pulaski Pike NW
Huntsville AL 35810-0190
USA

18a. PAYMENT WILL BE MADE BY CODE **HQ0338**
**(SEE ESP CLAUSE 252.232-7003.)**
**DFAS-COLUMBUS CENTER**
**SOUTH ENTITLEMENT OPERATIONS**
**P O BOX 182264**
**1-800-756-4571**
**COLUMBUS OH 43218-2264**
**EFT:T**

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

☐ 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED.

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE LINE ITEM SCHEDULE** (Attach Additional Sheets as Necessary) | | | | |
| | | | | **Total** | |

25. ACCOUNTING AND APPROPRIATION DATA **SEE FUNDS SCHEDULE**

26. AWARD AMOUNT (For Gov't use only) **$ 3,638,175.00**

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☐ 29. AWARD OF CONTRACT: REF. OFFER DATED - - -. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (*SIGNATURE OF CONTRACTING OFFICER*)
Nicole R. Furlough

| 30b. NAME AND TITLE OF SIGNER (Type or print) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (Type or print) | 31c. DATE SIGNED |
|---|---|---|---|
| | | Nicole R. Furlough<br>Nicole.Furlough@robins.af.mil | 2006 DEC 27 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE



STANDARD FORM 1449 (REV. 4/2002)
Prescribed by GSA - FAR (48 CFR) 53.212

**SUPPLIES OR SERVICES AND PRICES/COSTS**

PAA: Packaging IAW Basic Contract.

**Item No.**
0001

**NSN:** 2835-01-525-5157 QS
LASS First Production Units
Large Aircraft Start System IAW Purchase Description PD04WRLEEG21, dated 6 Oct 2005; AFLC Form 762, Engineering Data List, dated 26 Oct 05; and Statement of Work Rev 2 for LASS, dated 28 May 2006.
NOTE: NSN is assigned for authorization and procurement purposes only. No production articles will be delivered under this NSN. A specific NSN has been applied for, and will be incorporated by modification when received.
**Inspection:** Origin
**Address Code:** 08DD2
**Acceptance:** Origin
**Inspection/Acceptance Report:** DD250/Invoice
**Quality Assurance:** Higher Level Contract Quality Requirements
The Contractor shall comply with the standard(s) listed below.

| **Title** | **Number** | **Date** | **Tailoring** |
|---|---|---|---|
| ISO | 9001-2000 | | |

Buy American Act/Balance of Payments Program

**Item No.**
0001AA

Firm Fixed Price

| **Quantity** | **U/I** | **Unit Price** | **Amount** |
|---|---|---|---|
| 1 | EA | $1,288,725.0000 | $1,288,725.00 |

| **CLIN** | **ACRN** | **ACRN Total** |
|---|---|---|
| 0001AA | AA | $1,288,725.00 |

LASS First Production Unit
SAME AS 0001 ABOVE
SDN: F3QCAR6252B001

| **Purchase Request(s)** | **PR Line Item(s)** |
|---|---|
| FD20600674050 | 0001AA |

Buy American Act/Balance of Payments Program
☐ **Transportation From Continental United States CONUS (CONUS) Sources**

| TYPE / SHIP TO CODE | F.O.B. |
|---|---|
| TBC | ORIGIN |

| **Type / Ship To** | **PACRN** | **Mark For** |
|---|---|---|
| TBC | PAA | |

| **Required Delivery** | **Type / Ship To** | **Quantity (U/I)** | ***ARO IAW Delivery _ Schedule Requirements Clause. Submission for testing NLT 30 Jun 08.** | **Req No / Pri** |
|---|---|---|---|---|
| | To be cited after approval of First Production unit | 1 EA | | |

**Item No.**
0001AB

Firm Fixed Price

| **Quantity** | **U/I** | **Unit Price** | **Amount** |
|---|---|---|---|
| 1 | EA | $1,288,725.0000 | $1,288,725.00 |

| **CLIN** | **ACRN** | **ACRN Total** |
|---|---|---|
| 0001AB | AB | $1,288,725.00 |

LASS First Production Unit
SAME AS 0001 ABOVE
SDN: F3QCAR6252B001

| **Purchase Request(s)** | **PR Line Item(s)** |
|---|---|
| FD20600674050 | 0001AB |

Buy American Act/Balance of Payments Program
☐ **Transportation From Continental United States CONUS (CONUS) Sources**

| TYPE / SHIP TO CODE | F.O.B. | |
|---|---|---|
| IN PLACE* | ORIGIN | |
| **Type / Ship To** | **PACRN** | **Mark For** |
| IN PLACE* | PAA | |

| **Required Delivery** | **Type / Ship To** | **Quantity (U/I)** | ***ARO IAW Delivery _ Schedule Requirements Clause. Submission for testing NLT 30 Jun 08.** | **Req No / Pri** |
|---|---|---|---|---|
| | IN PLACE* | 1 EA | | |

*Upon Government approval of first production units and subsequent refurbishment of those units, one first production unit shall remain at the contractor's facility for purposes of a manufacturing standard. Final shipment of unit shall be in accordance with "Delivery Schedule Requirements" Clause of contract.

**Item No.**
0002

DATA (ELINS A001 - A004)
IAW DD FORM 1423s attached to Basic Contract

| **Purchase Request(s)** | **PR Line Item(s)** | **Code** |
|---|---|---|
| FD20600674050 | 0002 | V7C |

**Exhibit:** A

**Item No.**
0002AA

Firm Fixed Price

| **Quantity** | **U/I** | **Unit Price** | **Amount** |
|---|---|---|---|
| 1 | LO | Not Separately Priced | Not Separately Priced |

ELIN A001 - Test Scheduling Report
**Inspection:** Destination
**Acceptance:** Destination
**Inspection/Acceptance Report:** DD250/Invoice
**Exhibit:** A
**Quality Assurance:** IAW DD1423

| **Required Delivery** | **Type / Ship To** | **Quantity (U/I)** | ***ARO IAW DD1423 _** | **Req No / Pri** |
|---|---|---|---|---|

evenhandedly relative to its evaluation of other bidders. Such unequal treatment in and of itself fatally taints the competitive range evaluation. This new ground of protest is discussed in section A, *infra*.

Finally, the record shows that the Air Force's unreasonable competitive range determination prejudiced HSPS by preventing an otherwise likely contract award to

Accordingly, and as discussed in greater detail below, your Office should recommend that the Air Force rescind the recent contract award, reinstate HSPS to the competitive range, and allow HSPS to submit proposal revisions and compete for a new contract award. HSPS repeats its request for a hearing on this matter.

## A. The Air Force Did Not Evaluate Technical Proposals Equally And Evenhandedly (NEW GROUND OF PROTEST).

*Each and every type* of informational "deficiency" alleged by the Air Force as a ground for disqualifying HSPS also appeared in one or more technical proposals submitted by offerors that were permitted to stay in the final competitive range. "An agency cannot reasonably exclude a proposal from the competitive range where the strengths and weaknesses found in that proposal are similar to those found in proposals included in the competitive range." *Kathryn Huddleston & Assocs.*, B-289453, Mar. 11, 2002, 2002 CPD ¶ 57. Accordingly, the Air Force did not evaluate technical proposals equally and evenhandedly and its competitive range determination was fatally flawed. *See* FAR § § 1.602-2(b) (contracting officers shall "[e]nsure that contractors receive impartial, fair, and equitable treatment"), 15.303(b)(3) (agency shall "[e]nsure consistency" in source selection process), 15.306(e)(1) (agency personnel "shall not engage in conduct that . . . [f]avors one offeror over another); *Nations, Inc.*, B-280048, Aug. 24, 1998, 99-2 CPD ¶ 94 ("it is fundamental that the agency must treat offerors equally [when determining the competitive range]; it must evaluate offers evenhandedly against common requirements and evaluation criteria").

The Air Force's technical evaluation was tainted by at least three types of unequal treatment, as described in the sections below.