IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| HAMILTON SUNDSTRAND POWER SYSTEMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-874C |
| v. | ) | |
| | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF JOHN A. MEDLIN, COLONEL, USAF

I, John A. Medlin, Colonel, USAF, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare:

1. I am the Commander of the 642d Combat Sustainment Group in the 542d Combat Sustainment Wing, located at the Robins Air Logistics Center at Robins Air Force Base (AFB), Georgia. I have held this position since 2005.

2. As the Commander of this Group, I am responsible for ensuring that the USAF warfighter's requirements relative to vehicles, aerospace ground equipment, propulsion support equipment, munitions handling equipment, materiel handling equipment and life support are acquired and sustained in order to perform assigned missions. My Group manages the complete spectrum of providing these supplies and services to the warfighter, including the logistics, inventory management, engineering, contracting, program management, and financial functions.

3. I am familiar with the Large Aircraft Start System ("LASS") because the acquisition and subsequent management of this equipment falls within the purview of the 642d Combat Sustainment Group. As the Commander, I interact with the LASS

Program Team members in the 642d Group as well as the customers of the equipment, the C-5, C-17, C-130, KC-135, and B-52 Aircraft Offices. The procurement of Contract FA8533-06-D-0007 encompassed two years of preparation; during this time the members of the LASS Program Team conducted research into the equipment needs of the Air Force customers and actual users/maintainers of the LASS equipment. This information was presented to me throughout the procurement process. With this background, I have the knowledge with which to author this declaration.

4. The LASS is a critical piece of equipment in the Air Force's ground support equipment inventory. LASS units directly support the C-5, C-17, C-130, KC-135, and B-52 aircrafts in that they are used primarily as an external startup engine in lieu of an aircraft's onboard auxillary power unit. LASS units also assist in the maintenance, repair and testing of aircraft and aircraft systems, precluding unnecessary engine starts.

5. Currently, the Air Force has 1,158 authorizations for LASS units; however, it only has 1,078 units actually in the inventory. The life expectancy of a unit is 15 years. The last procurement of these units was in 1998 for a quantity of 339. The majority of the remaining units are approximately 12 to 13 years old.

6. Contract FA8533-06-D-0007 was awarded on 28 August 2006 for the design, testing, and production of approximately 140 LASS units. The contract is to serve as the replacement program for the LASS units. The contract was written for 5 years of coverage, and provides for 140 LASS units. As the quantities are estimated, the Air Force can order units as needed and as funds become available. Currently, the Air Force has an established, immediate need for 105 LASS units.

7. The Air Force is currently scheduled to receive production LASS units

pursuant to Contract FA8533-06-D-0007 in approximately May 2011. By the time that the production units are delivered to Air Force customers, the existing units will have exceeded their life expectancy.

8. If Contract FA8533-06-D-0007 is terminated, and the Air Force is required to issue a new solicitation for LASS units, the Air Force would almost certainly conduct another best value negotiated procurement. To conduct a new best value negotiated procurement would be at least an eight-month process. Thus, the delivery of LASS production units would be delayed from May 2011 to approximately January 2012.

9. If the 10 July 2006 decision of the Air Force to exclude Hamilton Sundstrand Power Systems from the competitive range is set aside, a minimum of three months will be required to conduct further discussions with offerors, evaluate offerors' responses, and conduct a new best value determination, delaying the delivery of LASS production units from May 2011 to approximately August 2011.

10. Program delays will have a detrimental impact to the Air Force in its maintenance and repair of the current LASS units as well as the airframes the LASS supports: C-5, C-17, C-130, KC-135, and B-52. Sustainment actions by maintenance personnel will increase due to increasing age of the LASS fleet which can reduce the LASS availability to support the maintenance and repair of the airframes.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 17, 2007