# In the United States Court of Federal Claims

No. 06-874C
(Filed: January 31, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
HAMILTON SUNDSTRAND POWER SYSTEMS,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiff's Opposition Brief was filed January 26, 2007. The clerk is directed to file plaintiff's brief under seal. It is so ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge