## SCHEDULE OF SUPPLIES/SERVICES AND PRICES/COSTS

This RFP will result in a requirements-type contract as defined in FAR 16.5. The mechanics of this contract-type will involve the issuance of separate delivery orders specifying the Contract Line Item Number(s) (CLINs) identified in the applicable contract period. The Government may issue one, four, ten, or even more delivery orders in any given contract period. Each delivery order will identify the CLIN, quantity, contract unit price, ship to addresses, etc. The Best Estimated Quantities (BEQs) identified in each contract period represent the Government's best educated estimate of the amount of workload to be generated within the period. The BEQs do not represent a minimum or a maximum quantity. Failure of the Government to order the BEQ quantity will not entitle the contractor to an equitable adjustment in price under the contract.

**BASIC CONTRACT PERIOD** (The prices in the Basic Contract Period shall be in effect from the effective date of the contract through 24 months.) Specific dates shall be established upon award of the contract.

0001 LASS EA $________
NSN: 2835-01-525-5157QS
Large Aircraft Start System IAW Purchase Description PD04WRLEEG21, dated 6 Oct 2005,
And Statement of Work for LASS, dated 5 May 2005
*First* Production Units
PR NR: *
PR LI: *
ACRN: *
FOB: Origin
Point of Quality Assurance/Inspection Site: Origin
Acceptance Site: Origin
**BEQ: 2**

0002 DATA (ELINs A001 – A004)
IAW DD Form 1423s Attached Hereto
In Support of CLIN 0001, First Production Units
PR NR: *
PR LI: *
ACRN: *
FOB: Destination
PQA/Insp Site: IAW DD Form 1423
Acceptance Site: IAW DD Form 1423

| | | | | |
|---|---|---|---|---|
| 0002AA | ELIN A001, Test Scheduling Report | 1 | LO | $________ |
| 0002AB | ELIN A002, Test/Inspection Report | 1 | LO | $________ |
| 0002AC | ELIN A003, Production Sample Test Plan | 1 | LO | $________ |
| 0002AD | ELIN A004, Production Test Report | 1 | LO | $________ |

0003 DATA (ELINs B001 – B006)
IAW DD 1423s Attached Hereto
PR NR: *
PR LI: *
ACRN: *
FOB: See DD 1423
Point of Quality Assurance/Inspection Site: IAW DD Form 1423
Acceptance Site: IAW DD Form 1423

| | | | | |
|---|---|---|---|---|
| 0003AA | ELIN B001, Conference Agenda | 1 | LO | $NSP |
| 0003AB | ELIN B002, Conference Minutes | 1 | LO | $NSP |
| 0003AC | ELIN B003, Contractor's Progress, Status & Mgmt | 1 | LO | $NSP |

# Final Technical Evaluation Report
# Large Aircraft Start System (LASS) Program
# RFP FA8518-05-R-75369

Five proposals were received to RFP FA8518-05-R-75369. The proposals were received from BAE Systems Inc, Hamilton Sundstrand, Hove Co., Science and Engineering Services, Inc. (SESI), and Trilectron Military. The evaluation provisions in the RFP, "Instructions to Offerors - Proposal Requirements" and "Evaluation Basis for Award," identified the three parts within the technical subfactor for the LASS program that the offerors were to address in their technical proposals. The parts included: Enclosure Design, Airflow System Design/Operation, and Mobility. All proposals received were under the 40 page proposal limit established in the RFP.

The evaluation methodology of the technical proposals involved an overall determination of acceptable or unacceptable as applicable when assessed to the standards set forth in the "Evaluation Basis for Award" provision. An overall proposal risk rating was also applied to the technical proposal.

After the initial evaluation of the technical proposals, the Technical Evaluation Team identified deficiencies and/or areas in the proposals in which additional information or clarifying information was necessary. Discussions were opened with all offerors on 17 February 2006, with the issuance of Evaluation Notices (ENs) which served to identify those deficiencies and/or areas in the proposals where additional or clarifying information was necessary. During discussions, the Government also issued additional ENs to offerors as the need arose. On May 26, 2006, all ENs had been answered by offerors and the Final Technical Evaluation Report was prepared. However, even as a result of discussions, two of the five offerors could not be determined to be technically acceptable. This final report encompasses the technical team's comprehensive evaluation of all proposals, including the ENs that were issued to offerors during discussions. All evaluations were conducted in accordance with the evaluation criteria set forth in the RFP.

Offeror: BAE Systems

**PART (a): ENCLOSURE DESIGN.**

Evaluation Instructions:
**Part (a) Enclosure Design**. The proposal shall include a detailed narrative description of the chassis design and shall identify the position and elevation and have a layout of all major system components, including the engine, the compressor, the battery recharge device, and the battery. The narrative shall explain how the system complies with section 3.3 and 3.4 and any of the subsections contained within those sections of PD04WRLEEG21. A legend and a description of all components shall be included.

Evaluation Standard:
**Part (a):** The standard for this part of Subfactor 1 is met when the offeror demonstrates a sound and feasible methodology of how the proposed configuration complies with the requirements of paragraph 3.3 and section 3.4 and all the subsections of these sections of PD04WRLEEG21, and the configuration demonstration includes an acceptable narrative description of the chassis design and elevation layouts with major components identified.

**Proposal for Subfactor One, Part (a):**

**PART (b): AIR FLOW SYSTEM DESIGN/OPERATION.**

Evaluation Instructions:
**Part (b): Air Flow System Design/Operation.** The proposal shall include a detailed narrative description of the air flow system including the components and the control of flow and pressure through the full range of adjustment. It also shall include a flow diagram with the significant components identified and give a description of the operation and safety controls and how the air flow system design/operation complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21.

Evaluation Standard:
**Part (b): Air Flow System Design/Operation**. The standard for this Part (b) of Subfactor 1 is met when the offeror demonstrates in acceptable and detailed methodology how the proposed configuration complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21. A technically acceptable proposal for Part (b) includes an acceptable flow diagram, with the significant components identified, and a comprehensive and accurate description of operational and safety controls.

**Proposal for Subfactor One, Part (b):**

**PART (c): MOBILITY.**

Evaluation Instructions:

**Part (c): Mobility.** The proposal shall include a detailed narrative description of how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21. The proposal shall include a flow diagram with controls and significant components identified, and a description of operational and safety controls.

Evaluation Standard:

**Part (c): Mobility.** The standard for Part (c) of Subfactor 1 is met when the offeror demonstrates how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21, and such demonstration includes an acceptable flow diagram with controls and significant components identified, and a comprehensive and accurate description of operational and safety controls.

**Proposal for Subfactor One, Part (c):**

**Offeror: <u>Hamilton Sundstrand (HSPS)</u>**

**PART (a): ENCLOSURE DESIGN.**

<u>Evaluation Instructions:</u>
**Part (a) Enclosure Design**. The proposal shall include a detailed narrative description of the chassis design and shall identify the position and elevation and have a layout of all major system components, including the engine, the compressor, the battery recharge device, and the battery. The narrative shall explain how the system complies with section 3.3 and 3.4 and any of the subsections contained within those sections of PD04WRLEEG21. A legend and a description of all components shall be included.

<u>Evaluation Standard:</u>
**Part (a):** The standard for this part of Subfactor 1 is met when the offeror demonstrates a sound and feasible methodology of how the proposed configuration complies with the requirements of paragraph 3.3 and section 3.4 and all the subsections of these sections of PD04WRLEEG21, and the configuration demonstration includes an acceptable narrative description of the chassis design and elevation layouts with major components identified.

Case 1:06-cv-00874-EGB Document 23 *SEALED* Filed 01/30/2007 Page 9 of 41 of 5

**Proposal for Subfactor One, Part (a):**

Case 1:06-cv-00708-EGB Document 24-2 SEALED Filed 02/01/2007 Page 4 of 5

Case 1:06-cv-00874-EGB Document 23-2 Filed 01/30/2007 Page 1 of 10

Case 1:06-cv-00874-EGB Document 23-2 Filed 01/30/2007 Page 1 of 10

**PART (b): AIR FLOW SYSTEM DESIGN/OPERATION.**

Evaluation Instructions:
**Part (b): Air Flow System Design/Operation.** The proposal shall include a detailed narrative description of the air flow system including the components and the control of flow and pressure through the full range of adjustment. It also shall include a flow diagram with the significant components identified and give a description of the operation and safety controls and how the air flow system design/operation complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21.

Evaluation Standard:
**Part (b): Air Flow System Design/Operation**. The standard for this Part (b) of Subfactor 1 is met when the offeror demonstrates in acceptable and detailed methodology how the proposed configuration complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21. A technically acceptable proposal for Part (b) includes an acceptable flow diagram, with the significant components identified, and a comprehensive and accurate description of operational and safety controls.

**Proposal for Subfactor One, Part (b):**

**PART (c): MOBILITY.**

Evaluation Instructions:
**Part (c): Mobility.** The proposal shall include a detailed narrative description of how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21. The proposal shall include a flow diagram with controls and significant components identified, and a description of operational and safety controls.

Evaluation Standard:
**Part (c): Mobility.** The standard for Part (c) of Subfactor 1 is met when the offeror demonstrates how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21, and such demonstration includes an acceptable flow diagram with controls and significant components identified, and a comprehensive and accurate description of operational and safety controls.

**Proposal for Subfactor One, Part (c):**

Case 1:06-cv-00874-EGB Document 24-2 Filed 01/30/2007 Page 17 of 41

Case 1:06-cv-00874-EGB Document 26-2 Filed 02/01/2007 Page 19 of 41 of 10

**Offeror: Hove Co.**

**PART (a): ENCLOSURE DESIGN.**

Evaluation Instructions:
**Part (a) Enclosure Design**. The proposal shall include a detailed narrative description of the chassis design and shall identify the position and elevation and have a layout of all major system components, including the engine, the compressor, the battery recharge device, and the battery. The narrative shall explain how the system complies with section 3.3 and 3.4 and any of the subsections contained within those sections of PD04WRLEEG21. A legend and a description of all components shall be included.

Evaluation Standard:
**Part (a):** The standard for this part of Subfactor 1 is met when the offeror demonstrates a sound and feasible methodology of how the proposed configuration complies with the requirements of paragraph 3.3 and section 3.4 and all the subsections of these sections of PD04WRLEEG21, and the configuration demonstration includes an acceptable narrative description of the chassis design and elevation layouts with major components identified.

**Proposal for Subfactor One, Part (a):**

Case 1:06-cv-00874-EGB Document 28-2 Filed 02/01/2007 Page 23 of 41

**PART (b): AIR FLOW SYSTEM DESIGN/OPERATION.**

Evaluation Instructions:
**Part (b): Air Flow System Design/Operation.** The proposal shall include a detailed narrative description of the air flow system including the components and the control of flow and pressure through the full range of adjustment. It also shall include a flow diagram with the significant components identified and give a description of the operation and safety controls and how the air flow system design/operation complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21.

Evaluation Standard:
**Part (b): Air Flow System Design/Operation**. The standard for this Part (b) of Subfactor 1 is met when the offeror demonstrates in acceptable and detailed methodology how the proposed configuration complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21. A technically acceptable proposal for Part (b) includes an acceptable flow diagram, with the significant components identified, and a comprehensive and accurate description of operational and safety controls.

**Proposal for Subfactor One, Part (b):**

**PART (c): MOBILITY.**

Evaluation Instructions:
**Part (c): Mobility.** The proposal shall include a detailed narrative description of how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21. The proposal shall include a flow diagram with controls and significant components identified, and a description of operational and safety controls.

Evaluation Standard:
**Part (c): Mobility.** The standard for Part (c) of Subfactor 1 is met when the offeror demonstrates how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21, and such demonstration includes an acceptable flow diagram with controls and significant components identified, and a comprehensive and accurate description of operational and safety controls.

Case 1:06-cv-00874-EGB Document 34-2 Filed 02/01/2007 Page 4 of 21

**Proposal for Subfactor One, Part (c):**

**Offeror: Science and Engineering Services, Inc. (SESI)**

**PART (a): ENCLOSURE DESIGN.**

Evaluation Instructions:
**Part (a) Enclosure Design**. The proposal shall include a detailed narrative description of the chassis design and shall identify the position and elevation and have a layout of all major system components, including the engine, the compressor, the battery recharge device, and the battery. The narrative shall explain how the system complies with section 3.3 and 3.4 and any of the subsections contained within those sections of PD04WRLEEG21. A legend and a description of all components shall be included.

Evaluation Standard:
**Part (a):** The standard for this part of Subfactor 1 is met when the offeror demonstrates a sound and feasible methodology of how the proposed configuration complies with the requirements of paragraph 3.3 and section 3.4 and all the subsections of these sections of PD04WRLEEG21, and the configuration demonstration includes an acceptable narrative description of the chassis design and elevation layouts with major components identified.

**Proposal for Subfactor One, Part (a):**

Case 1:06-cv-00870-EGB Document 24-2 Filed 01/30/2007 Page 9 of 21

Case 1:06-cv-00874-EGB Document 24-2 Filed 02/13/2007 Page 10 of 21

Case 1:06-cv-00870-EGB Document 24-2 Filed 02/01/2007 Page 31 of 41

**PART (b): AIR FLOW SYSTEM DESIGN/OPERATION.**

Evaluation Instructions:
**Part (b): Air Flow System Design/Operation.** The proposal shall include a detailed narrative description of the air flow system including the components and the control of flow and pressure through the full range of adjustment. It also shall include a flow diagram with the significant components identified and give a description of the operation and safety controls and how the air flow system design/operation complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21.

Evaluation Standard:
**Part (b): Air Flow System Design/Operation**. The standard for this Part (b) of Subfactor 1 is met when the offeror demonstrates in acceptable and detailed methodology how the proposed configuration complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21. A technically acceptable proposal for Part (b) includes an acceptable flow diagram, with the significant components identified, and a comprehensive and accurate description of operational and safety controls.

**Proposal for Subfactor One, Part (b):**

**PART (c): MOBILITY.**

Evaluation Instructions:

**Part (c): Mobility.** The proposal shall include a detailed narrative description of how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21. The proposal shall include a flow diagram with controls and significant components identified, and a description of the mobility system operational and safety controls.

Evaluation Standard:

**Part (c): Mobility.** The standard for Part (c) of Subfactor 1 is met when the offeror demonstrates how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21, and such demonstration

includes an acceptable flow diagram of the mobility system with controls and significant components identified, and a comprehensive and accurate description of operational and safety controls.

**Proposal for Subfactor One, Part (c):**

**Offeror: Trilectron Military**

**PART (a): ENCLOSURE DESIGN.**

Evaluation Instructions:
**Part (a) Enclosure Design**. The proposal shall include a detailed narrative description of the chassis design and shall identify the position and elevation and have a layout of all major system components, including the engine, the compressor, the battery recharge device, and the battery. The narrative shall explain how the system complies with section 3.3 and 3.4 and any of the subsections contained within those sections of PD04WRLEEG21. A legend and a description of all components shall be included.

Evaluation Standard:
**Part (a):** The standard for this part of Subfactor 1 is met when the offeror demonstrates a sound and feasible methodology of how the proposed configuration complies with the requirements of paragraph 3.3 and section 3.4 and all the subsections of these sections of PD04WRLEEG21, and the configuration demonstration includes an acceptable narrative description of the chassis design and elevation layouts with major components identified.

**Proposal for Subfactor One, Part (a):**

Case 1:06-cv-00874-EGB Document 24-2 Filed 02/01/2007 Page 16 of 21

Case 1:06-cv-00874-EGB Document 24-2 Filed 02/01/2007 Page 37 of 41

**PART (b): AIR FLOW SYSTEM DESIGN/OPERATION.**

Evaluation Instructions:
**Part (b): Air Flow System Design/Operation.** The proposal shall include a detailed narrative description of the air flow system including the components and the control of flow and pressure through the full range of adjustment. It also shall include a flow diagram with the significant components identified and give a description of the operation and safety controls and how the air flow system design/operation complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21.

Evaluation Standard:
**Part (b): Air Flow System Design/Operation**. The standard for this Part (b) of Subfactor 1 is met when the offeror demonstrates in acceptable and detailed methodology how the proposed configuration complies with the requirements of paragraphs 3.6.1, 3.6.9, and 3.7.11 of PD04WRLEEG21. A technically acceptable proposal for Part (b) includes an acceptable flow diagram, with the significant components identified, and a comprehensive and accurate description of operational and safety controls.

**Proposal for Subfactor One, Part (b):**

Case 1:06-cv-00870-EGB Document 24-2 Filed 02/01/2007 Page 19 of 21

**PART (c): MOBILITY.**

Evaluation Instructions:
**Part (c): Mobility.** The proposal shall include a detailed narrative description of how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21. The proposal shall include a flow diagram with controls and significant components identified, and a description of operational and safety controls.

Evaluation Standard:
**Part (c): Mobility.** The standard for Part (c) of Subfactor 1 is met when the offeror demonstrates how the proposed configuration complies with the requirements of paragraphs 3.5, 3.6.14, 3.6.15, and 3.13 of PD04WRLEEG21, and such demonstration includes an acceptable flow diagram with controls and significant components identified, and a comprehensive and accurate description of operational and safety controls.

**Proposal for Subfactor One, Part (c):**

Jason Brown
Program Engineer
642 CBSSS

07-06-2006

Kristy White
Program Engineer
642 CBSSS

07-06-06