# In the United States Court of Federal Claims

**No. 06-874 C**

**HAMILTON SUNDSTRAND POWER SYSTEMS,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed February 6, 2007, denying plaintiff's motion for judgment on the administrative record and request for injunctive relief, and granting defendant's cross-motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

Brian Bishop
Clerk of Court

**February 7, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.